

R.M

MR
RECEIVED
4/15/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# United States District Court

# Northern District Of Illinois

# Eastern Division

| | | |
|---|---|---|
| In The Matter of | ) | Civil Action Nos. |
| Carlos Massey | ) | 23 CV 15898 |
| | ) | |

# EMERGENCY MOTION FOR RECONSIDERATION

# Of Executive Committee Order

**TO THE HONORABLE COURT:** I, Carlos Massey, respectfully submit this Emergency Motion for Reconsideration of the Executive Committee Order entered on 03/17, 2025, which imposed restrictions on my ability to file new civil cases in this Court.

## INTRODUCTION

This motion seeks to revisit the aforementioned Order in light of significant procedural oversights and violations of constitutional rights. Specifically:

1. The restrictions imposed fail to align with the guarantees of due process and equal protection under the U.S. Constitution. Material facts and merits of prior filings were disregarded, leading to undue hardship and irreparable harm.
2. The current restrictions impede my ability to seek redress for ongoing irreparable harm caused by unconstitutional actions and judicial misconduct.

## BASIS FOR RECONSIDERATION

The basis for this motion includes:

- **Unconstitutional Burden**: The restrictions unduly prevent access to the Court and infringe on my First Amendment right to petition the government for redress of grievances.

- **Pattern of Judicial Negligence:** The Executive Order was issued without due consideration of sworn, uncontested evidence and procedural fairness, as required under FRCP Rule 8(b). The Executive Order mentions filings since 2009 and fails to mention none of these filings have been lawfully heard before the court and are all Fraud Upon The Court.
- **Harm from Delay:** Denial of prompt access to justice has exacerbated harm, including loss of property, emotional distress, and health deterioration. April 22, 2025 and May 22, 2025 are pending cases which are subject to the proceedings in 1:24-cv-03724.

## SUPPORTING FACTS

**In support of this motion, I offer the following Facts, Arguments and Allegations;**

1. The imposed restrictions were based on decisions that ignored material merits of past motions, such as documented violations of due process in case no. 1:24-cv-03724.
2. Judge Jorge Alonso's dismissal of my Emergency Motion for Injunctive Relief, citing an alleged failure to amend the complaint by September 3, 2024, demonstrates procedural bias. Evidence shows I was actively pursuing FOIA requests and addressing the video camera footage, all reports and photo badges to identify the assailant committing harm during the period Carlos Massey was being Unconstitutionally Deprived of Liberty and Judge Jorge Alonso and The Department of Justice greatly prejudiced my case denying Carlos Massey Due Process and Emergency Procedure before the court to prevent harm.
3. Judge Jorge Alonso was without Jurisdiction to hear Carlos Massey's case because "clear violations of reach the result, such as acting without evidence when evidence is required, or making a decision contrary to all the evidence, are just as much jurisdictional error as is the failure to take proper steps to acquire jurisdiction at the beginning of the proceeding. 'Borgnis V. Falk Co..,' 133 N.W. 209"
4. Carlos Massey's inability to amend the complaint was directly caused by health challenges, including recovery from a stroke, which were made known to the Court.
5. Judicial misconduct, as evidenced by Judge Thomas Durkin's dismissal of claims citing "failure to state a claim," disregards rulings such as **Haines v. Kerner (404 U.S. 519),** which requires pro se filings to be held to less stringent standards.
6. Judge Jorge Alonso acknowledged the acts of Judge Thomas Durkins void judgements even though said judgement were made in violation of Carlos Massey's Due Process Guarantees according to the United States Supreme Court which has commonly held that before judgements become valid, the right to present argument and testify before court is required.
7. Judge Jorge Alonso Filed a Minute Order before the court record 02/05/2025, said order clearly shows noncompliance to the rulings in *Mathews v. Eldridge*, an individual must be given adequate notice and a meaningful opportunity to be heard before any deprivation of a significant right occurs. It is Shown Judge Jorge Alonso Intentionally 'Deprived Rights Under The Color Of Law', knowing Carlos Massey was being held in Will County Jail.
8. Judge Jorge Alonso makes mention of other Motions for Vacating Orders filed by Carlos Massey and by that same said Minute Order made without mailing Carlos Massey copies of the fraudulent orders, Judge Jorge Alonso is showing his deliberate intention to keep

from mailing Carlos Massey material because most civil RICO cases involve a predicate act of mail or wire fraud.

9. Judge Jorge Alonso Deputy Clerk of Court Lynn Kandziora has multiple emails from Carlos Massey which she never responded to, but Carlos Massey has video of Lynn Kandziora in the commission of the federal crime 18 USC 1001 and 2071 which is sufficient for a full CID to be conducted by United States Attorney General Pam Bondi.

10. Chief Judge Virgina Kendall cannot be held accountable for the Judges under her Auspices because her title as Chief judge is a fiction and she does not supervise the other Judges However, judges that have knowledge of the misconduct and criminal acts of another judge and does not report it, becomes party to the criminal acts and misconduct themselves. Chief Judge Virginia Kendall signed the Executive Committee Order where it was acknowledged Carlos Massey has come before The United States District Court Northern Illinois District Eastern Division since 2007, therefore Virginia Kendall is either incompetent to hold office as a judge, especially a chief judge or Virginia Kendall is knowingly participating in the Civil RICO Conspiracy Against Rights causing irreparable harm to Carlos Massey and his family since 2007.

11. Carlos Massey Makes Known To The Executive Committee that These Same Pattern and Practice Assimilation of Court Procedures has occurred to Carlos Massey since 2007, the void orders issued on 03/17/2025 in order to silence Carlos Massey from filing before Federal and State courts based upon what grounds presented that outweigh My 1st Amendment Rights Secured By The United States Constitution???

12. Carlos Massey Makes Known The Federal And State Court Records Shall Show Carlos Massey And His Family Has Suffered Directly Due To State And Federal Judges, United States Attorneys, States Attorneys, States Attorney Generals, Inspector Generals, Three State Governors, United States Chief Judges, United States Seventh Circuit Appellate Court Chief Judge, Illinois 1st District Appellate Court, Illinois Supreme Court, Administrative Office Of The United States Courts, ex-President Joe Biden, ex-President Barrack Obama, Lisa Madigan, Chairman of The Judiciary Commission Richard Durbin, ex-United States Attorney General Merrick Garland, Three Illinois Governors And Each Of The Respondents Served In The Current Case 1:24-cv-03724 Are All Shown Guilty Of Title 42 USC 1986 At The Very Least And Once Pam Bondi Performs CID Procedure Into These Matters, Charges Of Treason, Misprision Of Treason, Deprivation Of Rights Under The Color Of Law, Fraudulent Entries, Concealment/Removal From Record, Obstruction And Civil RICO Conspiracy Against Rights Shall Be Revealed To Have Occurred Since 2007.

13. Carlos Massey Publicly Makes Known And Gives Judicial Notice Of Law That, The Executive Committee Orders Filed 03/17/2025 Serves Only To The Deliberate And Calculated Concealment From The Record Of The Court, Crimes Against The Citizens Of The United States And The United States Constitution. The Orders Of The Executive Committee State, "Carlos Massey, or anyone, OTHER THAN AN ATTORNEY, acting on his behalf, is enjoined from filing any new civil action or proceeding in the United States District Court for the Northern District of Illinois without first obtaining leave by way of the following procedures" and this shows that the BAR Association IS permitted to file material for Carlos Massey and Carlos Massey no longer has 1st Amendment Rights, BECAUSE FOR NEARLY 20 YEARS B.A.R. ASSOCIATION ATTORNEYS WILL NOT TAKE CASES AGAINST JUDGES OR ATTORNEYS MISCONDUCT. This Order Is An Act Of Treason And This Order Is Void Pursuant To The Rulings In The United States Supreme Court 'Goldberg V. Kelly, **397 U.S. 254 (1970.**

14. Carlos Massey Publicly Has Made Known To The President Of The United States Of America (Donald Trump) That, The United States District Court Northern District Of Illinois Eastern Division Eastern Division, Which Was Investigated In 1985 And Found Corrupt, Is Currently Usurping The United States Constitution And The Chief Justice Of The United States Supreme Court Has Been Made Known And Is Aiding And Abetting Deprivation Of Rights Under The Color Of Law By His Omission To Act Shown Since 2016.

## LEGAL ARGUMENTS

1. **Void Judgments and Constitutional Violations:**
   - Under **Earle v. McVeigh (91 U.S. 503)** and **Klugh v. U.S. (620 F. Supp. 892)**, any judgment entered in violation of due process is void and unenforceable.
   - The restrictions placed on my filings contravene established constitutional protections and amount to an abuse of judicial discretion.
2. **Fraud Upon the Court:**
   - Evidence provided in prior filings shows deliberate obstruction and denial of fair adjudication by judicial officers.
   - These actions constitute a violation of judicial canons, undermining public confidence in the judiciary.
3. **Right of Access to Courts:**
   - The restrictions violate my constitutional right to access the courts, as established under **Bounds v. Smith (430 U.S. 817).**
   - Alternatives to broad restrictions, such as tailored filing conditions, would address Court concerns without violating fundamental rights.

# FAILURE TO GRANT FOIA REQUESTS AND PREJUDICE TO EVIDENCE COLLECTION

## Denial of FOIA Request in 2024

1. **Essential Evidence Withheld:**
   - In 2024, I submitted a FOIA request to the sheriff's department, seeking critical documentation and records necessary to substantiate my claims of procedural misconduct, retaliation, and rights violations.
   - Despite proper submission and procedural compliance, the request was denied, obstructing my ability to access essential evidence.
2. **Impact on Evidence Collection:**
   - This denial has severely hampered the evidence-gathering process, which is critical for establishing:
     - The extent of misconduct and negligence by law enforcement officials.
     - The connection between the alleged crimes and systemic procedural failures.
   - Key materials—including incident reports, surveillance footage, and internal communications—remain inaccessible, further complicating my efforts to provide a full and accurate record to the Court.

**Prejudice to Judicial Proceedings**

1. **Systematic Obstruction of Justice:**
   - The refusal to grant the FOIA request directly undermines transparency and accountability, violating my rights to due process and equal protection under the law.
   - It evidences a deliberate attempt to shield systemic misconduct from scrutiny, leaving the prejudicial records unexamined.
2. **Harm to Legal Argumentation:**
   - Without access to the withheld evidence, I am unable to:
     - Fully counter the fraudulent records that have repeatedly served as the basis for adverse actions against me.
     - Present irrefutable proof of the connection between law enforcement's inaction and the broader conspiracy to suppress my constitutional rights.

**Legal Implications**

1. **Violation of FOIA and Transparency Laws:**
   - Under FOIA statutes, government entities are obligated to provide requested records unless a valid exemption applies. No legitimate justification was provided for the denial of my request in 2024, indicating noncompliance with these statutory obligations.
2. **Compounding Procedural Abuse:**
   - The refusal to release information reinforces the systematic denial of my rights, obstructing the judicial process and undermining the integrity of the proceedings.
   - This deliberate nonproduction of evidence contributes to the **fraud upon the court**, as it perpetuates the reliance on unchallenged fraudulent records.

**Relief Sought**

In light of these prejudicial effects, I respectfully request that the Court:

1. **Order Immediate Production of FOIA Records:** Direct the sheriff's department to comply with the FOIA request and produce all relevant records without further delay.
2. **Evaluate Prejudice to Evidence Collection:** Consider the denial of evidence as part of the systemic pattern of obstruction, ensuring that its impact is fully accounted for in the adjudication of this case.
3. **Grant Investigatory Relief:** Authorize investigative measures to uncover withheld documentation and to address the deliberate suppression of evidence critical to my claims.

Carlos Massey gives Judicial Notice of Law and Alleges, "The denial of my FOIA request in 2024 exemplifies the **longstanding pattern of procedural injustice and obstruction of justice** I have faced. It prejudices my ability to substantiate my claims and to hold accountable those responsible for the systemic violation of my constitutional rights."

**FAILURE TO PRODUCE SUBPOENAED MATERIALS AND EVIDENCE OF KNOWLEDGE & INACTION**

**Subpoenas Issued and Properly Served**

- **In my effort to obtain critical evidence**, subpoenas were properly served and stamped by U.S. Marshals, requesting:
    - Documents and testimony from the Chairman of the Judiciary Committee, Senator Dick Durbin.
    - Relevant materials from Chief Justice John G. Roberts, Jr.
    - Testimony from Illinois Governor Jay Robert Pritzker.
- These subpoenas were essential to ensuring transparency and accountability in matters of systemic misconduct and procedural violations that I have endured since 2010.

**Failure to Receive the Subpoenaed Evidence**

Despite the proper issuance of subpoenas, no materials or testimony have been provided. This non-production has significantly impeded my ability to:

1. **Evaluate the evidence or lack thereof** forming the basis of adverse actions against me.
2. **Present a complete and accurate record** to demonstrate process irregularities and retaliatory actions.

**Potential Revelations from the Subpoenaed Materials**

The subpoenaed documents and testimony could establish:

1. **Knowledge:** Demonstrate that these officials were aware of procedural failings, civil rights violations, and criminal misconduct affecting my case.
2. **Inaction:** Reveal a pattern of deliberate failure to address or halt ongoing violations, resulting in irreparable harm to my rights and well-being.

Such evidence is critical, as it confirms that oversight authorities allowed these violations to persist without intervention, perpetuating a systemic pattern of injustice.

**Implications for Due Process and Fairness**

1. **Obstruction of Transparency:** The failure to produce these materials obstructs my ability to establish the truth and undermines the transparency required for a fair judicial process.
2. **Compounding Procedural Abuses:** Without this evidence, the Court cannot fully assess the extent of systemic negligence. The omission reinforces my claim of deliberate suppression of material evidence crucial to my defense.
3. **Fraud Upon the Court:** This ongoing obstruction further substantiates that the judicial process has been corrupted, preventing me from securing a fair and just platform to defend my rights.

# FRAUDULENT RECORDS AND UPCOMING STATE COURT DATES

**April 22 Eviction Court Date**

1. **Fraudulent Basis of Proceedings:**
   - The eviction case set for April 22 is predicated upon nonpayment which is directly under liability currently filed before this court. The Current Court Record will show this is Denial of Due Process and further irreparable harm committed upon a Disabled Marine Veteran.
   - Although Records derive from longstanding judicial misconduct and procedural irregularities that have persisted since 2009, the current case documented in federal filings in 1:24-cv-03724 directly involves Until the merits of the current federal case are resolved, injunct relief is required for Due Process.
2. **Immediate Harm:**
   - If allowed to proceed, this eviction will result in further irreparable harm, including loss of housing, property, and personal stability.
   - My ability to pursue justice and address these ongoing violations will be jeopardized, further compounding emotional and financial distress.

**April 22 State Court Date**

1. **Connection to Pattern of Misconduct:**
   - This state court hearing involves issues rooted in fraudulent records that were initially introduced over a decade ago. These records have formed the basis for repeated unlawful actions against me, including:
     - Asset forfeiture.
     - Denial of lawful compensation.
     - Unconstitutional deprivation of liberty.
2. **Failure to Intervene:**
   - Despite repeated requests for relief and investigations into the validity of these records, both state and federal authorities have failed to intervene effectively.
   - This lack of intervention has perpetuated the fraudulent basis of these proceedings, denying me due process and equal protection under the law.
   - Fraud Upon the Court was Lawfully filed before the United States District Court Northern Illinois District Eastern Division August 14, 2009, Failure to Intervene in the April 22, 2025 proceedings before Markham Courthouse would show direct participation of unlawful asset forfeiture abuse and Civil RICO Conspiracy Against Rights.

**Relief Sought**

In light of these upcoming court dates and the reliance on fraudulent records, I respectfully request that the Court:

1. **Issue Immediate Injunctive Relief**: Halt the enforcement of these void orders and fraudulent records pending a thorough review of all contested material.
2. **Order Investigation**: Direct relevant authorities to investigate the longstanding pattern of procedural misconduct and fraud connected to these cases.

3. **Provide Protection Against Further Harm**: Ensure that I am not subjected to eviction, loss of property, or other consequences arising from these unlawful and fraudulent proceedings.

# DAMAGES INCURRED FROM UNCONSTITUTIONAL DEPRIVATION OF LIBERTY AND VIOLATIONS OF ADA

## Unconstitutional Deprivation of Liberty

1. **40 Days of Unlawful Detention**:
   - As established in *Trezavant v. City of Tampa*, which awarded damages of $25,000 for a 23-minute unconstitutional detention, the 40 days of liberty deprivation inflicted on me far exceed this precedent in both duration and impact.
   - During this prolonged confinement, I was subjected to physical, emotional, and psychological harm, exacerbated by deliberate neglect of my medical and constitutional rights.
2. **Irreparable Harm**:
   - Loss of income and opportunities during this period.
   - Permanent damage to my reputation, standing in the community, and ability to engage in personal and professional endeavors.
   - The Loss of the Family Pet who was valued at
3. **Legal Precedent**:
   - Under the *Trezavant* ruling, courts recognize that each hour of unconstitutional confinement demands fair compensation for the harm and indignities endured by the victim. Applying this standard, I seek a proportionate award for my 40 days of unlawful detention.

## ADA Violations and Torturous Treatment

1. **Daily Threats and Severe Emotional Distress**:
   - While unlawfully detained, I endured relentless threats to my safety and well-being. These threats induced seizures, escalating my medical vulnerability.
   - This treatment constitutes a gross violation of the **Americans with Disabilities Act (ADA)**, which mandates reasonable accommodations for individuals with disabilities and prohibits discrimination that exacerbates their conditions.
2. **Interference with Medical Care**:
   - I was systematically denied access to essential medical treatment, including life-sustaining interventions for seizures, placing my health at significant risk.
   - This inhumane treatment violated not only ADA standards but also fundamental human rights protections enshrined in both domestic and international law.
3. **Compounding Torturous Conditions**:
   - The environment of my confinement was deliberately designed to induce fear, stress, and degradation, aligning with patterns of **intentional infliction of emotional distress** and **negligent disregard for safety**.
   - Such actions mirror well-documented patterns of abuse recognized as torturous under U.S. and international legal standards.

**Damages Sought**

1. **Compensatory Damages:**
   o Compensation for the 40 days of unconstitutional liberty deprivation, calculated proportionally under *Trezavant v. City of Tampa*.
   o Full remuneration for the physical and emotional injuries sustained due to ADA violations and torturous treatment.
2. **Punitive Damages:**
   o Given the egregious nature of these violations, punitive damages are warranted to hold the responsible parties accountable and deter similar conduct in the future.
3. **Injunctive Relief:**
   o Immediate judicial intervention to prevent further deprivation of rights, ensure my safety, and rectify ongoing ADA violations.
4. **Rehabilitation and Medical Costs:**
   o Reimbursement for current and future medical treatments necessitated by seizures, stress-related conditions, and other complications arising from this unlawful confinement.


**Relief Sought**

In light of these issues, I respectfully request the Court to:

1. **Acknowledge and Address the Failure:** Recognize that the non-production of subpoenaed materials constitutes a denial of due process and transparency.
2. **Order Immediate Production or Explanation:** Mandate the production of all requested materials and testimony forthwith or require a detailed explanation for their non-production.
3. **Consider this Omission as Part of the Systemic Pattern:** Evaluate this material omission in the broader context of denied hearings, retaliatory detentions, and other violations that have collectively deprived me of my constitutional rights.


# EXECUTIVE COMMITTEE ORDERS AND THE SYSTEMATIC SUPPRESSION OF MISCONDUCT

**Specific Orders Issued by the Executive Committee**

1. **Pattern of Obstruction:**
   o Since 2009, the Executive Committee has issued seven orders designed to restrict my ability to file new civil cases. These orders serve to shield ongoing procedural misconduct from scrutiny and prevent exposure of systemic violations affecting not only me but also the broader judicial process.
2. **Violation of Rights:**

- o These orders have consistently obstructed my ability to present evidence, pursue justice, and obtain relief for irreparable harm caused by judicial misconduct and fraud upon the court.
- o They exemplify a deliberate attempt to silence my claims and suppress the material merits of my filings, depriving me of due process and equal protection under the law.

## Intent Behind the Orders

1. **Shielding Federal Misconduct:**
   - o The timing and nature of these orders indicate an intent to suppress evidence related to misconduct at the state and federal levels. This includes:
     - ▪ Unconstitutional actions by law enforcement agencies.
     - ▫ Judicial decisions based on fraudulent records and void orders.
2. **Prejudicial Impact:**
   - o By barring me from filing new cases, the Executive Committee has prejudiced my ability to collect evidence, such as subpoenaed materials and FOIA requests. This interference undermines my ability to hold accountable those responsible for violations spanning decades.
3. **Systematic Suppression:**
   - o The refusal to address these issues perpetuates a culture of impunity, allowing procedural abuses to persist unchecked and further harming my pursuit of justice.

## Legal Implications

1. **Fraud Upon the Court:**
   - o These orders contribute to an ongoing fraud upon the court by concealing evidence and protecting judicial misconduct from exposure, in violation of *Haines v. Kerner (404 U.S. 519)* and *Klugh v. U.S. (620 F.Supp. 892)*.
   - o Fraudulent suppression of evidence invalidates the judgments and decisions influenced by these orders.
2. **Due Process Violations:**
   - o The restrictions imposed by the Executive Committee infringe upon my constitutional rights to access the courts, as recognized in *Bounds v. Smith (430 U.S. 817)*, and to seek redress for grievances.
3. **Obstruction of Justice:**
   - o The deliberate suppression of my filings constitutes obstruction of justice, further compounding the harm caused by procedural misconduct.
   - o **Relief Sought can be determined in court by jury and by precedence.**

In light of these actions, I respectfully request that the Court:

1. **Vacate the Executive Committee Orders:** These orders were issued in violation of constitutional guarantees and serve no legitimate judicial purpose.
2. **Restore Filing Rights:** Permit unrestricted access to file new civil cases to address ongoing harm and expose misconduct.

3. **Investigate Systemic Suppression**: Authorize inquiries into the intent and impact of these orders to determine the extent of their prejudice to judicial transparency and accountability.

## FRAUD UPON THE COURT AND LIABILITY OF CHIEF JUDGE VIRGINIA KENDALL

### Executive Committee's Orders and Fraudulent Intent

1. **Shielding Judicial Misconduct**:
   o Chief Judge Virginia Kendall acknowledged that the Executive Committee reviewed the dockets and filings of related cases but failed to adjudicate the systemic and procedural violations raised. Instead, the orders issued by the Executive Committee sought to suppress material evidence and prevent the exposure of judicial misconduct.
   o These orders represent a **pattern of intentional obstruction** designed to deny due process and suppress evidence of systemic corruption in violation of *Bounds v. Smith, 430 U.S. 817 (1977)*, which underscores the right of access to courts as fundamental to the pursuit of justice.
2. **Fraudulent Basis for Denial of Testimony**:
   o In Case No. 24-cv-03724, I explicitly stated, "Illinois State Officers Denied Carlos Massey's Due Process Rights and Unconstitutionally Deprived Carlos Massey of Liberty for 10 Days at the Will County Jail." However, my testimony as a federal witness to felony misconduct was obstructed under Chief Judge Kendall's oversight.
   o This obstruction violated the due process protections established in *Mullane v. Central Hanover Bank & Trust Co., 339 U.S. 306 (1950)*, which mandates adequate notice and a meaningful opportunity to be heard.

### Torture, Coercion, and Fraudulent Representation

1. **Torture and Retaliatory Detention**:
   o During my unlawful 30-day detention, I was subjected to life-threatening conditions, threats of death, and denial of critical medical care, resulting in seizures and irreparable harm. These acts violated protections under the **Eighth Amendment** and constitute cruel and unusual punishment as defined in *Estelle v. Gamble, 429 U.S. 97 (1976)*.
2. **Fraudulent Public Defender Filing**:
   o Under duress, I was forced to accept a public defender who acted contrary to my interests, filing a fraudulent disclosure that "The Defendant intends to rely on presumption of innocence." This misrepresentation constitutes **fraud upon the court**, as it undermined my defense and obstructed justice, in violation of the principles outlined in *Haines v. Kerner, 404 U.S. 519 (1972)*, which emphasizes leniency for pro se pleadings and substantive consideration of claims.

### Liability of Chief Judge Kendall

1. **Failure to Intervene:**
   - o Chief Judge Kendall's failure to address and rectify the systemic abuses perpetuated under her auspices amounts to complicity in the ongoing violations. Her inaction violates the judicial duty to uphold constitutional protections, as emphasized in *Cooper v. Aaron, 358 U.S. 1 (1958)*: "No state legislator or executive or judicial officer can war against the Constitution without violating their undertaking to support it."
   - o By allowing fraudulent and retaliatory actions to persist, Chief Judge Kendall is directly liable for the resulting damages, including the loss of my property (Mercedes-Benz), irreparable health harm, and the death of my dog.

## Misprision of Treason and Judicial Accountability

1. **Fraudulent Conduct as Treason:**
   - o The concealment of systemic misconduct and the deliberate denial of my constitutional rights meet the criteria for **misprision of treason**, as defined in *United States v. Will, 449 U.S. 200, 216 (1980)*, which establishes that judicial officers acting against the Constitution commit acts of treason.
2. **Obstruction of Justice and Fraudulent Orders:**
   - o The fraudulent intent behind the Executive Committee's orders and Chief Judge Kendall's inaction demonstrates a pattern of **obstruction of justice** that violates *Truax v. Corrigan, 257 U.S. 312 (1921)*: "The due process clause requires that every individual shall have protection of their day in court under general law, without arbitrary deprivation."

## Relief Sought

In light of the systemic violations and Chief Judge Kendall's failure to intervene, I respectfully request that the Court:

1. **Vacate Void Judgments:** Nullify all orders influenced by fraud upon the court, fraudulent filings, and constitutional violations.
2. **Investigate Judicial Misconduct:** Launch an investigation into the systemic misconduct under Chief Judge Kendall's oversight, ensuring accountability for constitutional violations and fraud.
3. **Award Full Damages:** Grant compensatory and punitive damages for the irreparable harm caused, including loss of property, emotional distress, and health damages attributable to the vexatious litigation.
4. **Restore Constitutional Rights:** Reinstate my ability to seek justice free from retaliation, ensuring immediate injunctive relief against further harm.

# CHIEF JUDGE VIRGINIA KENDALL'S ACTIONS IN FURTHERANCE OF CIVIL RICO CONSPIRACY AGAINST RIGHTS

## Pattern and Practice of Judicial Misconduct

1. **Actions Supporting Civil RICO Conspiracy**:
   - Chief Judge Virginia Kendall's oversight of the Executive Committee orders, which systematically suppressed my filings and blocked investigations into judicial misconduct, directly contributed to the perpetuation of a **civil RICO conspiracy against rights.**
   - Her refusal to intervene in fraudulent filings, obstruction of evidence collection, and denial of critical testimony aligns with the statutory definitions of RICO conspiracy under *18 U.S.C. § 1962(d)*, which prohibits individuals from conspiring to participate in a pattern of racketeering activity.
2. **Denial of Damages Since 2007**:
   - Despite my continuous efforts to seek legal redress since 2007, Chief Judge Kendall and her colleagues have perpetuated a pattern of dismissals, denials, and failure to intervene in the deprivation of my rights.
   - These actions violate the constitutional guarantees of due process and equal protection, as established in *Cooper v. Aaron, 358 U.S. 1 (1958)*, which mandates that judicial officers uphold their oath to the Constitution and intervene against systemic violations.

## Elements of RICO Conspiracy Met

1. **Enterprise Involvement**:
   - The judiciary, as evidenced by Chief Judge Kendall's actions and those of other federal judges, constitutes an "enterprise" under the RICO statute. This includes their concerted efforts to obstruct justice and suppress material evidence exposing judicial misconduct.
   - Case law such as *United States v. Frumento, 405 F. Supp. 23, 29-30 (E.D. Pa. 1975)* has established that courts and government agencies can qualify as RICO enterprises when their conduct meets statutory definitions.
2. **Pattern of Racketeering Activity**:
   - The Executive Committee's repeated issuance of orders to suppress filings, Chief Judge Kendall's denial of my requests for evidentiary hearings, and her failure to investigate federal felonies outlined in my motions all demonstrate a pattern of activity designed to deprive me of my rights.
   - These actions meet the definition of "racketeering" under *18 U.S.C. § 1961*, encompassing fraud, obstruction of justice, and retaliation against witnesses.
3. **Injury to Rights and Property**:
   - I have suffered extensive harm due to these actions, including the unlawful seizure of property (such as my Mercedes-Benz), denial of ADA protections, emotional distress, and the death of my dog—damages that are directly traceable to the judicial misconduct perpetuated under Chief Judge Kendall's oversight.

## Liability for Conspiracy and Failure to Intervene

1. **Complicity in Judicial Misconduct**:
   - Chief Judge Kendall's actions demonstrate complicity in suppressing evidence and obstructing justice, thereby furthering the civil RICO conspiracy against my rights. Case law such as *Truax v. Corrigan, 257 U.S. 312 (1921)* emphasizes that

due process requires fair and impartial proceedings—a standard that has been systematically denied in my cases.

2. **Failure to Intervene**:
   o As Chief Judge, Virginia Kendall had a fiduciary duty to uphold judicial integrity and intervene in the documented misconduct occurring under her authority. Her failure to act constitutes a breach of her oath of office, as outlined in *Boyd v. United States, 116 U.S. 616 (1886)*, which affirms the duty of courts to protect constitutional rights against stealthy encroachments.

## Relief Sought

In light of Chief Judge Kendall's actions and their contribution to the civil RICO conspiracy against my rights, I respectfully request that the Court:

1. **Vacate All Void Orders**: Nullify judgments and orders influenced by fraud and racketeering activities, ensuring that justice is served.
2. **Investigate RICO Conspiracy**: Direct an inquiry into the actions of Chief Judge Kendall and her colleagues to determine the extent of their complicity in judicial misconduct.
3. **Award Treble Damages**: Pursuant to *18 U.S.C. § 1964(c)*, provide full compensation for the extensive harm and losses I have endured, including damages caused by the seizure of property and denial of medical care.
4. **Enforce Immediate Injunctive Relief**: Halt all retaliatory actions, cease enforcement of fraudulent orders, maintain Statis Quo Specifically by Intervening in the April 22, Eviction Case currently in Markham Courthouse and replacement of Carlos Massey's Mecedes Benz and Crown Victoria with Competition Sound System, with Orders placed to ensure that I can exercise my rights without further interference.

## CONCLUSION AND PRAYER FOR RELIEF

For all of the foregoing reasons—including the repeated denial of hearings, the failure to produce essential subpoenaed evidence, the non-responsiveness to FRCP 36 and Notice of Intent filings, failure to rebut filed Affidavits of Truths, repeated failure to deny allegations, the Department of Justice Failure to Intervene and the ongoing misprision of federal felonies that have culminated in gross irreparable harm and Current Damages Tolling Due To Due Process Violations—Carlos Massey respectfully requests that the Court render immediate and comprehensive relief to restore and safeguard my rights.

### Specifically, I respectfully request that the Court:

1. **Set Aside and Reconsider Orders**: Declare that the orders and enforcement actions carried out without affording me the necessary procedural protections are void or in need of immediate modification.
2. **Grant Summary Judgment or Expedite Trial Scheduling**: a. Grant summary judgment in my favor to make whole Carlos Massey for the irreparable damages suffered, **OR** b. In the alternative, schedule a trial date as soon as practicable after completion of the required CID investigations and full responses to the interrogatories pursuant to

FRCP 24. This alternative measure should be coupled with a court order preserving the status quo—including all measures necessary to protect my rights and safety—pending the adjudication of the merits before the case and the final results of the aforementioned investigations and discovery.

3. **Order Immediate Production and Disclosure:** Mandate that all subpoenaed documents and testimonies—including those sought from high-ranking officials (e.g., Dick Durbin, Chief Justice John G. Roberts, Jr., and Jay Robert Pritzker)—be produced forthwith, or that an adequate explanation for their non-production be provided. Such a disclosure is necessary to complete the evidentiary record and confirm the systemic inaction since 2010.

4. **Award In Remedial Relief:** Provide any additional relief the Court deems just and proper to remedy the cumulative procedural violations, ensure the integrity of the judicial process, and make me, Carlos Massey, whole for the economic, personal, and constitutional injuries sustained.

5. **Protect the Status Quo:** Immediately Enjoin Orders to Cease any further enforcement measures or retaliatory actions that may threaten my ability to access justice, to testify before the Court and to Protect my Person and Property, thereby ensuring that the Status Quo is maintained pending the resolution of these critical proceedings.


# NOTICE OF NEWLY DISCOVERED LAW AND SERVICE OF EMERGENCY RECONSIDERATION

## Newly Discovered Law and Its Implications

1. **Relevance to Current Proceedings**:
   o Newly discovered legal developments necessitate the inclusion of additional parties to this Emergency Motion for Reconsideration. These developments directly impact the duties and responsibilities of federal officials in addressing the systemic violations outlined in this motion.

2. **Invocation of Duties:**
   o Pursuant to federal law, the newly elected President of the United States, Donald J. Trump, and the newly appointed United States Attorney General, Pam Bondi, are hereby notified of their obligations to address the constitutional violations and systemic misconduct detailed herein.

## Service of Emergency Reconsideration

1. **Notice of Service:**
   o It is entered into the Federal Court Record that both President Donald J. Trump and United States Attorney General Pam Bondi are being served with this Emergency Motion for Reconsideration of the Executive Committee's Order.
   o This service is intended to invoke their duties to investigate and remedy the systemic violations of constitutional rights, including fraud upon the court, obstruction of justice, and deprivation of due process.

2. **Scope of Responsibilities:**

- o   As the President of the United States, Donald J. Trump is obligated to ensure the faithful execution of laws and to uphold the Constitution, as mandated by Article II, Section 3 of the U.S. Constitution.
- o   As the United States Attorney General, Pam Bondi is responsible for overseeing the enforcement of federal laws and ensuring accountability for violations of civil rights and judicial integrity.

**Made Known,** The irreparable harm I have suffered—ranging from the unlawful detention, property seizures including the care and custody of my two daughters, and the direct prevention of my testimony—coupled with the ongoing pattern of due process violations, demands immediate judicial intervention. I respectfully urge the Court to grant the relief as outlined above, thereby restoring my right to a fair hearing, preserving justice, and ensuring that the egregious constitutional violations are righted without further delay.

## CONCLUSION AND PRAYER FOR RELIEF

For all of the foregoing reasons—including the repeated denial of hearings, the failure to produce essential subpoenaed evidence, the non-responsiveness to FRCP 36 and Notice of Intent filings, and the ongoing misprision of federal felonies that have culminated in irreparable harm—Carlos Massey respectfully requests that the Court render immediate and comprehensive relief to restore and safeguard my rights.

**Specifically, I respectfully request that the Court:**

1.  **Set Aside and Reconsider Orders:** Declare that the orders and enforcement actions carried out without affording me the necessary procedural protections are void or in need of immediate modification.
2.  **Grant Summary Judgment or Expedite Trial Scheduling:** a. Grant summary judgment in my favor to make whole Carlos Massey for the irreparable damages suffered, **OR** b. In the alternative, schedule a trial date as soon as practicable after completion of the required CID investigations and full responses to the interrogatories pursuant to FRCP 24. This alternative measure should be coupled with a court order preserving the status quo—including all measures necessary to protect my rights and safety—pending the final results of the aforementioned investigations and discovery.
3.  **Order Immediate Production and Disclosure:** Mandate that all subpoenaed documents and testimonies—including those sought from high-ranking officials (e.g., Dick Durbin, Chief Justice John G. Roberts, Jr., and Jay Robert Pritzker)—be produced forthwith, or that an adequate explanation for their non-production be provided. Such a disclosure is necessary to complete the evidentiary record and confirm the systemic inaction since 2010.
4.  **Award In Remedial Relief:** Provide any additional relief the Court deems just and proper to remedy the cumulative procedural violations, ensure the integrity of the judicial process, and make me, Carlos Massey, whole for the economic, personal, and constitutional injuries sustained.
5.  **Protect the Status Quo Due Process Rights:** Enjoin any further enforcement measures or retaliatory actions that may threaten my ability to access justice or incurring any

further deprivation of liberty before being afforded Right to testify before the Court and to protect my person from further harm from this case by the Immediate Issuance of Orders to Stay The Eviction Proceedings In the Markham Circuit Court Case no. 20256001662 on 4/22/2025 until the merits of this case is heard, thereby ensuring that the status quo is maintained pending the resolution of these critical proceedings.

**In Conclusion: Made Known,** The irreparable harm I have suffered as a result from the 2009 United States District Court Northern Illinois Filing that was Stamped Returned and yet The Failure To Intervene has caused the ongoing legal wrongs—ranging from the unlawful detention, property seizures including the care and custody of my two daughters, and the direct prevention of my testimony—coupled with the ongoing pattern of due process violations, demands immediate judicial intervention. I respectfully urge the Court to grant the relief as outlined above, thereby restoring my right to a fair hearing, preserving justice, and ensuring that the egregious constitutional violations are righted without further delay.

Respectfully submitted,

Carlos Massey, Sui Juris, Individual Citizen

Date: 4/7/2025

# Jurat

I, Carlos Massey, pursuant to title 28, USC Section 1746 (1) and executed "Without the United States," I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my belief and informed knowledge.

Signed on this 7 day of April 2025



OFFICIAL SEAL
SHALONDA LASHAY REDDEN
Notary Public, State of Illinois
Commission No. 993736
My Commission Expires
July 17, 2028

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been furnished by United States Postal Service to the following listed recipients, on the __7__ day of___April_____2025

President Donald J. Trump

1600 Pennsylvania Avenue NW,

Washington,DC 20500


United States Attorney General Pam Bondi

1600 Pennsylvania Avenue NW,

Washington,DC20500


Senator Richard.Durbin

230 S Dearborn St Ste 3892

,Chicago,IL.60604


John G. Roberts, Jr.

Judicial Conference of the United States

1 First Street, NE

Washington, DC 20543


Kash Patel

935.Pennsylvania.Avenue,NW

Washington,D.C.

20535-0001

(202) 324-3000

Commandant.of.the.Marine.Corps
Headquarters,U.S..Marine.Corps.(Code.CL)
3000.Marine.Corps.Pentagon,Room.4E468
Washington, DC 20350-3000

# NAACP National Headquarters

4805 Mt. Hope Drive

Baltimore MD 21215

Phone: (410) 580-5777

## American Civil Liberties Union

125 Broad St,
New York, NY 10004
(212) 549-2500

## Contacted.And.Subject.To.File.Motion.To.Intervene.FRCP.24

ElectArnold4Senate
Andy Williams Jr.
Bryant Jackson
Mary Bagnaschi
Kash Jackson

Christopher Griffis
Wayne Dolcefino
Bobby Strong

Court Victims United

United Front-Civil Rights Organization

JAM (Judicial Accountability Movement)

American Court Watch


**General Eric Smith**
Commandant of the Marine Corps
Headquarters, U.S. Marine Corps (Code CL)
3000 Marine Corps Pentagon, Room 4E468
Washington, DC 20350-3000

Carlos L. Massey

3033 Florence Ave.

Steger, Illinois

60475


Re: "...Never Leave A Marine Behind On The Battlefield"

Good Day General Eric Smith,

My Name Is Carlos Massey, I'm A Disabled Marine Corps Veteran
(crd1327979) and I am Reaching Out To Your Authority After Exhausting
Every State And Federal Means Available as records and the material now
exposed to you shall show. Domestic Enemies of the United States
Constitution has by Stealthy Encroachment and Civil RICO Conspiracy
Against Rights, has in Pattern and Practice Usurped The United States
Constitution. Carlos Massey has engaged in legal battles of behalf of himself,
his Family and Men and Women of The United States Department of Defense,
suffering from gross Violations of the Law, Human Rights and Rights
Guaranteed by the United States Constitution.

The principle of "Never Leave a Marine Behind" is deeply rooted in the Marine Corps' ethos and history. It reflects the unwavering commitment to camaraderie, loyalty, and the collective responsibility Marines have for one another. This principle has been instilled in Marines since their earliest days of training and is a cornerstone of their identity.

Historically, this ethos can be traced back to the Marine Corps' involvement in significant battles, such as those during World War II, the Korean War, and the Vietnam War. In these conflicts, Marines demonstrated extraordinary efforts to recover their wounded and fallen comrades, often risking their own lives to ensure no one was left behind. This commitment is not only a battlefield code but also a moral obligation that extends to supporting Marines in their post-service lives.

Carlos Massey submits the following material currently before the United States District Court Northern Illinois District Eastern Division, which shows undisputably that the Chief Judge Virginia Kendall is not only complicit, but an active participant in Aiding and Abetting THE STATE OF ILLINOIS has caused and continues to cause Irreparable Harm including, (a)Warrantless Seizure of Children, (b)Unconstitutional Separation of Parent and Child, (c)Unlawful Asset Forfeiture of Several Automobiles, (d)Fraudulently And Unlawfully Detained In State Mental Hospital, (e)Tortured By Verbal And Physical Assaults at Aforesaid Hospital, (d)Subjected To Medical Malpractice At Said Hospital, (e)Victimized By Obstruction of Justice being committed by State Officials, (f)Denied Habeas Corpus Rights While Unconstitutionally Being Held In A Maximum Security Mental Health Hospital For 312 Days Who Then Fraudulently Charged The United States Federal Government Approximately $250,000.00 Which Is The Federal Crime Of Major Fraud Against The United States Pursuant To 18 U.S.C. §1031 That establishes that whoever knowingly executes, or attempts to execute, any scheme to either defraud the United States or obtains property or money by means of a fraudulent or false representation may face major fraud charges Which Carlos Massey Reported To The F.B.I. Without Equal Protection Of The Law Being Afforded, (g)Unconstitutionally Denied Major Surgery To Foot Approximately 7 Months With An Illinois Circuit Court Judge Stating In Court "If You Want Your Foot Fixed then Take the Plea Deal And Then You Can Get Out And Get Your Foot Fixed, (h)In Fear For Life, From Illinois Judges Arranging An Assassination Attempt While In Custody Of Cook County Jail, (i)Irreparable Damage From

Illinois Judge Changing Another Judges Orders So That The Medical Care To A 100+ Year Old Blind Grandmother Would Be Denied In Retaliation For Carlos Massey Appearing On The Channel Five News Exposing Racial Profiling, (j)Illinois Judge Unconstitutionally Depriving Carlos Massey's Liberty For 3+ Years On A Charge That Only Carries 1 Year Sentence, (k)Illinois Judge Refusing To Recuse herself And Making A Void Order With Falsified Records Of Sentence Entered, (l)Illinois Judge Removing An Official Criminal Charges From Court Record Against A Judge Submitted Before Cook County Circuit Court, (l)An Illinois Judge Placed A Fraudulent Warrant On Carlos Massey Directly Causing Carlos Massey to Lose His Military Section 8, (m)Knowingly Placing False Information And Warrants Upon The Record of Carlos Massey Directly Causing Carlos Massey To Loose A Means Of Employment Sustainable Due To Disability In Violation Of The Americans With Disabilities Act, (n)Denied In Pattern And Practice The Lawful State Compensation Due For The Unlawful Detention Under The State Law Granting Petitions For Certificate Of Innocence, (o)Subjected To Intentional Infliction Of Emotional Abuse Shown By The Litigation Abuse Endured Since 2005 And As A Direct Result From The Breach Of Duty By All Of The Elected State Governmental Officials And State Agencies Contacted And the Failing to Intervene In Violation Of Their Perspective Oaths Of Office. (p) Repeatedly in Pattern And Practice Deprived Carlos Massey and other Individual Citizens the Rights to Equal Protection of the Law and Carlos Massey has Posted On The Internet For Witnesses To The Treason And Human Rights Violations Being Committed Upon The American Public For Urgency In The Effective Means Of Redress Before The United States Supreme Court Who is Responsible For Creating A Permissive Environment for the Civil RICO Conspiracy Against Rights Being Committed By Members Of The B.A.R. Association Upon The Individual American Citizens In Pattern And Practice which is Easily Shown By The Rulings In U.S. v. Murphy, 768 F.2d 1518, 1531 (7th Cir. 1985) Where It Was Stated, "The Seventh Circuit Court of Appeals held that the Circuit Court of Cook County is a Criminal Enterprise." And "Bracey v. Gramley, case No. 96-6133 (June 9, 1997) Where, "The United States Supreme Court Recently Acknowledged The Judicial Corruption In Cook County, When It Stated That Judge "Maloney Was One Of Many Dishonest Judges Exposed And Convicted Through 'Operation Greylord', A Labyrinthine Federal Investigation Of Judicial Corruption In Chicago".

The principle "Never Leave a Marine Behind" is actively implemented in the modern Marine Corps through various programs and training initiatives. A notable example is the suicide prevention training series, which includes courses tailored for different ranks, such as noncommissioned officers (NCOs), staff noncommissioned officers (SNCOs), and officers. These courses aim to equip Marines with the skills to recognize signs of distress, provide support, and ensure their comrades receive the help they need.

Sir the Oath of The Marine Corps, To Defend The Constitution Against All Enemies, Foreign Or Domestic…Is An Oath I Took Without Termination. As The Filed Material, sent by United States Postage Shows, My First Amendment Rights are being denied and The Executive Committee has Jurisdiction to allow a Marine Corps Veteran To Be Unconstitionally Detained, ADA Rights Violated, Tortured and then allowed to be Mandated to appear in an a court simulating Judicial Process on April 22, 2025 to have eviction proceedings heard when it is the direct liability of The United States for damages sought, On April 22, 2025 to stand before a void case Due To Fraud Upon The Court And Appear May 22, 2025 before Sarah Jones who is responsible for the Torture and ADA Violations committed in order to deny United States Guarantees including the forced appointment of A Public Defender that filed the Fraudulent Attached Material that IS A LIE DUE TO THE FACT Carlos Massey NEVER MET the persons called as witnesses by Will County Julie Primozic, NOR did Carlos Massey ever state, "The Defendant intends to rely at trial on presumption of Innocence".

General Eric Smith, We The People Establish Justice…The Department of Defense Protect We The People, I Am Writing You for Intervention On These matters. We The People Have Obviously Been Overthrown By The BAR Association and Stealthy policies established to Usurp the United States Constitution in Civil RICO Conspiracy Against Rights.

General Eric Smith, A Disabled Marine Corps Veteran that has been denied The Association with his Children, His 106 year old Grandmother Worried To Death, Real Estate Property Lost and the many suffrages Carlos Massey has endures is NOT ISOLATED and Carlos Massey Has Filed On Behalf of the United States Citizens Denied Constitutional Right to Due Process, I Now Am

Invoking The Duties That Arise From Your Sworn Oath That You And I Both Pledged, On Behalf Honor For the Men And Women That Died for this Nation and for The Military Men/Women That Pledged The Same Oath, only to find relief for their suffrage is suicide, will you Mandate Orders to for our troops to go in Recon to COURT WATCH and INTERVENE in these court proceedings to bring before Congress these COMMON INCIDENTS OF JUDICIAL CORRUPTION Demanding Impeachment And Prosecution of these Treasonous Actors known as Judges And Officers of The Court. Sir, Please Don't Leave Me Stranded On The Field Of This Legal Warfare For 'We The People', All Alone.

Respectfully Submitted

4/7/2025

Carlos Massey, Marine Veteran



OFFICIAL SEAL
SHALONDA LASHAY REDDEN
Notary Public, State of Illinois
Commission No. 993736
My Commission Expires
July 17, 2028

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the



F I L E D

JAN 14 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carlos Massey
_____
*Plaintiff*

v.

John G. Roberts Jr.
_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 1:24-cv-03724

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Chief Justice John G. Roberts Jr
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Produce All Records Received from Carlos Massey since 1-22-16, Including rebuttal to the Affidavit of Truth and Notice of Intent.

| Place: 219 S. Dearborn Chicago, Illinois 60604 | Date and Time: January 30, 2026 |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the desig_ _ed premises, land, or other property possessed or controlled by you at the time, date, and location set forth be¹ _hat the requesting party may inspect, measure, survey, photograph, test, or sample the property or any desi_ _operation on it.

| Place: | Date and _ _ |
|---|---|

In Support of
23 CV 15898
4/7/2025

The following provisions of Fed. R. Civ. P. 45 a^ _liance;
Rule 45(d), relating to your protection as a person s^ _r duty to
respond to this subpoena and the potential consequen

Date: 1-14-25

CLERK OF COURT

_____        _____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail address, and telephone number of the atto_ _ _ _this subpoena, are:
_____

## Notice to the person who issues or requests t_ _poena
If this subpoena commands the production of documents, electronically stored _nformation, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action



# UNITED STATES DISTRICT COURT

**FILED**

### for the

JAN 14 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carlos Massey
_____
Plaintiff
                                    )
                                    )
                                    )    Civil Action No. 1:24-CV-03724
                                    )
Richard Durbin                      )
_____
Defendant

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Richard Durbin
_____
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 219 South Dearborn Street Chicago, Illinois 60604 | Courtroom No.: 2541 |
| | Date and Time: January 30, 2025 9:3⁰ |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable):* Bring all material Carlos Massey filed Before Jeffrey R. Esser on 10-19-2010. Bring the FRCP 36 served in 1:23-CV-05339. Bring the record of Correspondence with Carlos Massey.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45    · to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; ʳ     ᵗ (g), relating to your duty to respond to this subpoena and the potential consequences of not doing s⸍     In Support of 23 CV 15899

Date:  1-14-25

CLERK OF COURT

_____
Signature of Clerk or D⸍

The name, address, e-mail address, and telephone .
_____ , whᵉ

## Notice to the person who issues oʳ

If this subpoena commands the production of documents, electronicaʳ     ⸍ngible things before trial, a notice and a copy of the subpoena must be served on each party ᴸ     ⸍ served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

**FILED**



JAN 14 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## for the

Carlos Massey
_____
Plaintiff                                     )
                                              )
Jay Robert Pritzker                           )      Civil Action No. 1:24-CV-03724
_____                       )
Defendant                                     )
                                              )

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:   Jay Robert Pritzker
      _____
      *(Name of person to whom this subpoena is directed)*

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 219 S. Dearborn | Courtroom No. 2541 |
|---|---|
| Chicago, Illinois 60604 | Date and Time: January 30, 2025 9:30am |

     You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: Bring the Material submitted in online complaints. Bring the FRCP 36 request. Bring the Notice of Intent received. Bring the Affidavit and Claim for Damages. Bring the material sent back to Carlos Massey November 28, 2022

     The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1-14-25

          *CLERK OF COURT*
                                OR

      _____             _____
        *Signature of Clerk or Deputy Clerk*                 *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

FILED

JAN 14 2025 

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Carlos Massey
_____
Plaintiff
v.

Merrick Garland
_____
Defendant

)
)
)
)
)
)

Civil Action No. 1:24-CV-03724

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: United States Attorney General Merrick Garland
_____
*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Present all the filings served in the record of the Attorney General's Office. Present the required response from the FRCP.36 served.

| Place: 219 S. Dearborn Chicago, Illinois 60604 | Date and Time: January 30, 2025 9:30am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designat    object or operation on it.

| Place: | Date and Ti |
|---|---|
| | In Support of 23 CV 15898 4/7/2025 |

The following provisions of Fed. R. Civ. P. 45 are attac⁣
Rule 45(d), relating to your protection as a person subject t⁣
respond to this subpoena and the potential consequence⁣

Date: 1-14-25

*CLERK OF COURT*

_____              _____
Signature of Clerk or Deputy C.                              compliance;
                                                                                  to your duty to

The name, address, e-mail address, and telephone number of th⁣                                    subpoena, are:

### Notice to the person who issues or reque.
If this subpoena commands the production of documents, electronically sto.                    .ion, or tangible things or the
inspection of premises before trial, a notice and a copy of the subpoena must ⁣              .ed on each party in this case before
it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Carlos Massey
_____
Plaintiff
v.
Thomas Durkin
_____
Defendant

)
)
)
)
)

Civil Action No. 1: 24 - CV - 03724

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Judge Thomas Durkin
_____
*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| | |
|---|---|
| Place: 219 S. Dearborn Chicago, Illinois 60604 | Courtroom No.: 2541 |
| | Date and Time: January 30, 2025 |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: Bring all Judicial Notes Supporting Decision to Dismiss Motion in 1:23-CV-05839. Bring investigative reports to the crimes reported in Sworn filings. Bring Jurisdictional basis for the Mi prison of Treason reported in sworn filings on record and not litigated.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), re¹ ͏ ͏ ͏ compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rul¹ ͏ ͏ your duty to respond to this subpoena and the potential consequences of not doing so.

In Support of

Date: 1/22/2025

CLERK OF COURT

_____
Signature of Clerk or Deputy C¹

23 CV 15898

4/7/2025

The name, address, e-mail address, and telephone number of the a.
_____
_____ , who issues or requ

**Notice to the person who issues or requests this** ͏
If this subpoena commands the production of documents, electronically stored infor. ͏ ͏ ͏ ͏ ͏nings before trial, a notice and a copy of the subpoena must be served on each party in this case bet. ͏ ͏ on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

&#9633; I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

&#9633; I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
## WASHINGTON, DC  20543-0001

January 10, 2025

Carlos Massey
3033 Florence Ave.
Steger, IL 60475

      RE: Carlos Massey v. Roberts
         Emergency Request for Immediate Injunctive Relief

Dear Mr. Massey:

   Your application that was received January 8, 2024 is herewith returned for the following reason(s):

      It is not necessary to copy this Court on your filings at lower courts.  If you are seeking to file in this Court, you must clearly caption "IN THE SUPREME COURT OF THE UNITED STATES."

                                Sincerely,
                                Scott S. Harris, Clerk
                                By:

                                Robert Meek
                                (202) 479-3027

Enclosures

*In Support of 23 CV 15898*

*4/7/2025 w/ PDF*

# United States District Court

# Northern District of Illinois

## Eastern Division

| | |
|---|---|
| In re Massey Carlos<br>**(Petitioner)** | ) Case No. 1:23-cv-05339<br>)<br>) |
| **V.**<br>UNITED STATES DISTRICT COURT<br>Northern District of Illinois<br>Eastern Division,<br>STATE OF ILLINOIS,<br>Jay Robert Pritzker,<br>ILLINOIS SUPREME COURT,<br>Cynthia A. Grant,<br>STATE OF INDIANA,<br>ILLINOIS ATTORNEY GENERAL<br>LAKE COUNTY PROSECUTOR,<br>Kwame Raoul,<br>United States District Attorney's Office,<br>Administrative Office of the<br>United States Courts,<br>United States Department Of Justice,<br><br>**(Respondents)** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Amended Request for Admission

Now Comes Carlos Massey, Petitioner before this court in the status of Sui Juris American

Individual Citizen, Claiming All Guarantees of the United States of America and files before

Judge Thomas M Durkin invoking the Jurisdiction to issue Summary Judgement Orders and now

files this Amended Request for Admission Pursuant to Federal Rules of Civil Procedure Rule 36.

Take Judicial Notice of Law, A party may serve on any other party a written request to admit, for

purposes of the pending action only, the truth of any matters within the scope of Rule 26(b)(1)

relating to: (A) facts, the application of law to fact, or opinions about either; and (B) the genuineness of any described documents. Carlos Massey Makes Known that on 09/22/2023, Judge Thomas M Durkin sent a legally deficient 'Judgment In A Civil Case' without signature or Judges Stamp, to Carlos Massey via United States Postage, Dismissing Carlos Massey's Filings Before the court which Included the previously Filed FRCP 36. Take Judicial Notice of Law, Even if a court (judge) has or appears to have subject matter jurisdiction, subject matter jurisdiction can be lost for Violation of due process pursuant to the rulings in Johnson v. Zerbst, 304 U.S. 458, 58 S.Ct. 1019. Due Process Violations Occur when the decision is not based exclusively on the evidence presented according to the rulings of the Supreme Court. If there is a jurisdictional failing appearing on the face of the record, the matter is void, subject to vacation with damages, and can never be time barred. Federal Judge Thomas M. Durkin did not have Jurisdiction to Dismiss Lawfully filed material for Redress of Grievance before the Federal Court alleging Denial of Constitutional Rights therefore, the response to the original FRCP 36 filing has been fraudulently delayed as well as the Remedy in Law which Carlos Massey has adamantly sought as shown in court record over several years. This Denial of Justice has been shown to be a Ongoing Legal Wrong which has been Aided And Abetted by the Respondents in this Cause and all the Elements of Civil RICO Conspiracy Against Rights can be proven before the Jury which has been requested in this case. Carlos Massey now invokes CID investigations be initiated by the United States Attorney General in order to lawfully recover the documentation from the named and un named respondents whom has denied Carlos Massey's FOIA requests and court records which has been unavailable for Carlos Massey to retrieve for presentment in information before a Federal Grand Jury for Federal Indictment Procedures to be commenced.

### Federal Rule of Civil Procedure 8(a)(2),
### Short And Plain Statement for Which Relief Can Be Granted

The Petitioner Carlos Massey is an American Individual Citizen who resides in the STATE OF ILLINOIS who Makes Known the STATE OF ILLINOIS has Deprived Carlos Massey's United States of America's Constitutional Rights, in Breach of Duty and Under the Color of Law acting in Civil R.I.C.O. Conspiracy Against Rights. These acts have been done in Pattern and Practice and over the course of several years by members of the B.A.R. Association and The Petitioner Carlos Massey has filed on Federal Court Record, Sworn Complaints, Affidavits and Judicial Notices of Law in which Allegations has never been Denied nor Affidavits Rebutted. The Petitioner Carlos Massey is entitled to the Relief Originally Requested before this Federal Court August 14th, 2009 which was Unconstitutionally Denied by the same Pattern and Practice Violation of Title 18 U.S.C. 1001 and 18 U.S.C. 2071 the Federal Judge Thomas M Durkin committed on Wednesday, August 16, 2023, where Thomas M Durkin Fraudulently and without Jurisdiction, Dismissed the Petitioner Carlos Massey's Petition filed under Emergency Circumstances with Deliberate Indifference to the Irreparable Harm being inflicted upon the Petitioner Carlos Massey or Carlos Massey's 105 Year Old Blind Grandmother and the Denial of Equal Protection of the Law caused by the Federal Judge Thomas M Durkin Acts in Furtherance of Civil R.I.C.O. Conspiracy Against Rights.

The Petitioner Carlos Massey is entitled to Relief from these Unconstitutional Deprivations of Rights and Compensation Due pursuant to the Oath of Office taken by the sitting Article III Judge Thomas M Durkin, having the authority to issue Summary Judgement rulings and according to the law established by Article III Section 2. Of the United States of America Constitution. Take Judicial Notice of Law that, by Carlos Massey having invoked 18 USC 3771 in the filing before this federal court in 2009, Carlos Massey was guaranteed Due Process under the Supreme Laws of the Land, the Law of Nations, International Laws, Commercial Law,

Natural Law, and under the Universal Declaration of Human Rights, proper remedy & recourse for injuries, particularly, when these guarantees & protections which was intentionally & willfully obstructed, subverted, misrepresented, and/or totally denied by those charged & tasked with providing these guarantees & protections.

## Request for Filed Respondents To Admit And/or Show Documents Genuine Pursuant to Rule 36 FRCP

1. UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division is now requested to show the attached document(Document #1), which was sent to the Petitioner Carlos Massey via U.S. Postage, is Genuine in both the application of law to facts and the Appearance of the Document Representing that the Clerk of Court dismissed a filing from Carlos Massey submitted with multiple documents showing Denial of Due Process Rights.
   a. Carlos Massey states as fact that the 14th Amendment of the Constitution for the United States of America, guarantees that States shall provide Equal Protection for its Citizens and Carlos Massey requires the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division to Admit that the policy of having "pleadings accompanied by an application to proceed in Forma Pauperis" to be screened is Discriminatory Treatment and Not Equal Protection of the law which is affecting low-income citizens Rights representing themselves and the court issuing self-represented litigants dockets and the judgements without signatures or judges official stamp, Obstructed Justice and deprived Carlos Massey under color of law of the ability to show liability and seek charges by being able to provide conclusive evidence to present before a Federal Grand Jury.
   b. Carlos Massey states as fact that the United States Supreme Court ruled that "Allegations such as those asserted by petitioner, however in artfully pleaded, are sufficient"... "which we hold to less stringent standards than formal pleadings drafted by lawyers", in Haines v. Kerner, 404 U.S. 519 (1972) On August 10, 2023 the Petitioner Carlos Massey filed before the UNITED STATES DISTRICT COOURT FOR THE Northern District of Illinois Eastern Division an Emergency Petition for Writs of Mandamus and Writs of Prohibition and the First Thing addressed was The Short and Plain Statement for which Relief was required by this Federal Court protecting Carlos Massey's Constitutional Rights when Carlos

Massey clearly stated, "and files this Petition under Emergency circumstances due to the current false reporting upon the record of Carlos Massey and the irreparable harm Being Inflicted Upon Carlos Massey and Bernice Webb (Carlos Massey's 105 year old, Blind Grandmother) by acts done in furtherance of denials of 5th and 14th UNITED STATES CONSTITUTIONAL Guarantees being violated by the Respondents Breach of Trust and Breach of Duty". Carlos Massey requires the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division to Admit that, "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws" and "It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon" pursuant to United States Supreme Court Rulings in Boyd v. United, 116 U.S. 616 at 635 (1885)

c. Carlos Massey states as fact that UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division denied Carlos Massey Due Process of Law and Equal Protection of the Law as shown in the filing before this court submitted October 25, 2007 Case Number 07C 6033.(Document #2) Carlos Massey requires the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division to Admit that the Settlement Precedence was set in California Federal District Court where the Keller family was awarded a $2.9 million settlement against the city of Stockton, California and its detectives for the 'unlawful removal of their child from parental custody without a warrant' and that case was brought under 42 U.S.C. § 1983, which allows individuals to sue state actors for constitutional violations just as Carlos Massey case was presented before this court in case no. 07C 6033 October 25, 2007. Carlos Massey requires the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division to Admit that, "The Fourteenth Amendment guarantees that parents will not be separated from their children without due process of law except in emergencies" and that the 'right to family association' requires 'government officials to obtain prior judicial authorization before intruding on a parent's custody of her child unless they possess information at the time of the seizure that establishes "reasonable cause to believe that the child is in imminent danger of serious bodily injury and that the scope of the intrusion is reasonably necessary to avert that specific injury" , therefore the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division failed to perform federal mandatory duties, committed Fraud Upon the

Court and Deprived Carlos Massey's Right to Equal Protection while acting Under the Color of Law. (Shown in Document #2)

d. Carlos Massey states as fact that on August 14, 2009 Carlos Massey filed a rule 60(b) 'Motion For Relief' and made known by material submitted in support of the federal filing that State Officials were violating Carlos Massey's United States of America Constitutional Rights. Carlos Massey requires the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division to Admit that The U.S. Supreme Court ruled that "when a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States and also Admit, the Supreme Court of the United States Ruled, "The innocent individual who is harmed by an abuse of governmental. authority is assured that he will be compensated for his injury", in Owen v. City of Independence, 445 U.S. 622.

e. Carlos Massey states as Fact, on August 16, 2023 Federal Judge Thomas M Durkin made a docket entry and stated on a federal notification, "In other words, mandamus jurisdictions applies to actions to compel federal officers, not states or state officers." **Take Official Judicial Notice of Law** that, Title 18, United States Code, Section 1001 makes concealing material facts and making false material representations a crime, and provides as follows: (a) …. whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully (1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact; (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry. Take Notice, 18 U.S.C. 4 'Misprision of Felon' states, "Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both." **Take Official Judicial Notice of Law** that, In the United States, the federal crime of witness tampering is defined by statute at 18 U.S.C. § 1512, which is entitled "tampering with a witness, victim, or an informant." The statute is broad; the Justice Manual notes that it "proscribes conduct intended to illegitimately affect the presentation of evidence in Federal proceedings or the communication of information to Federal law enforcement officers" and applies to tampering with witnesses in

"proceedings before Congress, executive departments, and administrative agencies, and to civil and criminal judicial proceedings, including grand jury proceedings. "Witness tampering is a crime even if a proceeding is not actually pending, and even if the testimony sought to be influenced, delayed, or prevented would not be admissible in evidence. Section 1512 also provides that the federal government has extraterritorial jurisdiction to prosecute the offenses described by the section." Carlos Massey requires the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division to Admit that, In Martin v. Hunter's Lessee, 14 U.S. (1 Wheat.) 304 (1816), the Court held that under Article III, the federal courts have jurisdiction to hear all cases arising under the Constitution and laws of the United States, and that the Supreme Court has appellate jurisdiction in all such cases, whether those cases are filed in state or federal courts and the Court issued another decision to the same effect in the context of a criminal case, Cohens v. Virginia, 19 U.S. (6 Wheat.) 264 (1821). It is now well established that the Supreme Court may review decisions of state courts that involve federal law. The Supreme Court also has reviewed actions of the federal executive branch to determine whether those actions were authorized by acts of Congress or were beyond the authority granted by Congress. Judicial review is now well established as a cornerstone of constitutional law. As of September 2017, the United States Supreme Court has held unconstitutional portions or the entirety of some 182 Acts of the U.S. Congress, the most recently in the Supreme Court's June 2017 Matal v. Tam and 2019 Iancu v. Brunetti decisions striking down a portion of July 1946's Lanham Act as they infringe on Freedom of Speech. **Take Official Judicial Notice of Law** that, A "writ of prohibition", in the United States, is a court order rendered by a higher court to a judge presiding over a suit in an inferior court. The writ of prohibition mandates the inferior court to cease any action over the case because it may not fall within that inferior court's jurisdiction. The document is also issued at times when it is deemed that an inferior court is acting outside the normal rules and procedures in the examination of a case. In another instance, the document is issued at times when an inferior court is deemed headed towards defeating a legal right. Carlos Massey makes known and requires the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division to Admit that the material dismissed August 16, 2023 by Federal Judge Thomas M Durkin contained Sworn Undenied Allegations and Unrebutted Affidavits of Truth filed by Carlos Massey August 10, 2023, was an act of concealing material facts and making false material representations committed by the Federal Judge Thomas M Durkin who can now be inferred to have committed acts in furtherance of Conspiracy Against Rights to hold harmless Members of the Bar Association. Carlos Massey makes known and states as fact, that the Federal court Judge Thomas M Durkin stated,

"Massey's petition is largely inscrutable" and then goes on to state, "It Spans 146 pages, including state court filings, emails and letters to federal and state courts, agencies, and elected officials and social media postings, among other things". Take Lawful Notice, the language about "holding offices during good behavior" has been interpreted to mean that the only way federal judges can be removed from office is if the House of Representatives impeaches them, and the Senate convicts them, of "treason, bribery, or other high crimes and misdemeanors." **Take Official Judicial Notice of Law** that, Again the Federal Judge Thomas M Durkin made a fraudulent representation upon the docket entry before federal court by failing to mention the letter that Carlos Massey included that was sent by Senator at that time, Barrack Obama who contacted both the Illinois Judicial Inquiry Board and the U.S. Attorney's Office to inquire into the same matters currently before this court. For the Federal Judge Thomas M Durkin to state, "Massey's petition is largely inscrutable" and then failing to mention that a Senator has had to inquire a response from the U.S. Attorney's Office and then dismissing Carlos Massey's filing claiming, "But even what the Court can discern, no legal basis exists for Massey's requests" appears to be a stealthy encroachment upon Carlos Massey's Due Process Rights and an attempt to cast a blind eye to misconduct of B.A.R. Association Members since the response from the U.S. Attorney's Office is easily accessed by the Federal Judge Thomasa M Durkin. Carlos Massey requires the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division to Admit that It is the inherent duty of the courts to determine the applicable law in any given case and The Supremacy Clause says " This Constitution" is the "Supreme Law of the Land." The Constitution therefore is the fundamental law of the United States. Federal statutes are the law of the land only when they are "made in pursuance" of the Constitution. State constitutions and statutes are valid only if they are consistent with the Constitution and Any law contrary to the Constitution is void. The federal judicial power extends to all cases "arising under this Constitution." As part of their inherent duty to determine the law, the federal courts have the duty to interpret and apply the Constitution and to decide whether a federal or state statute conflicts with the Constitution and All judges are bound to follow the Constitution. Admit that If there is a conflict, the federal courts have a duty to follow the Constitution and to treat the conflicting statute as unenforceable. Carlos Massey requires the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division to Admit that, in law comity refers to the practice of courts in one jurisdiction respecting the laws and judicial decisions of other jurisdictions, whether state, federal, or international and this practice is not a matter of obligation but rather stems from deference and mutual respect so the practice of Federal Courts not issuing Mandamus Orders Upon

State Courts is purely an Agreement and not Law. **Carlos Massey makes known and states as sworn facts submitted before this court**, THE STATE OF ILLINOIS has caused and continues to cause Irreparable Harm including, **(1)**Warrantless Seizure of Children, **(2)**Unconstitutional Separation of Parent and Child, **(3)**Unlawful Asset Forfeiture of Several Automobiles, **(4)**Fraudulently And Unlawfully Detained In State Mental Hospital, **(5)**Tortured By Verbal And Physical Assaults at Aforesaid Hospital, **(6)**Subjected To Medical Malpractice At Said Hospital, **(7)**Victimized By Obstruction of Justice, **(8)**Denied Habeas Corpus Rights While Unconstitutionally Being Held In A Maximum Security Mental Health Hospital For 312 Days Who Then Fraudulently Charged The United States Federal Government Approximately $250,000.00 Which Is The Federal Crime Of Major Fraud Against The United States Pursuant To 18 U.S.C. §1031 That establishes that whoever knowingly executes, or attempts to execute, any scheme to either defraud the United States or obtains property or money by means of a fraudulent or false representation may face major fraud charges Which Carlos Massey Reported To The F.B.I. Without Equal Protection Of The Law Being Afforded, **(9)**Unconstitutionally Denied Major Surgery To Foot Approximately 7 Months With An Illinois Circuit Court Judge Stating In Court "If You Want Your Foot Fixed then Take the Plea Deal And Then You Can Get Out And Get Your Foot Fixed, **(10)**Victimized From Illinois Judges Arranging An Assassination Attempt While In Custody Of Cook County Jail, **(11)**Illinois Judge Changing Another Judges Orders So That The Medical Care To A 100+ Year Old Blind Grandmother Would Be Denied In Retaliation For Carlos Massey Appearing On The Channel Five News Exposing Racial Profiling, **(12)**Illinois Judge Unconstitutionally Depriving Carlos Massey's Liberty For 3+ Years On A Charge That Only Carries 1 Year Sentence, **(13)**Illinois Judge Refusing To Recuse herself And Making A Void Order With Falsified Records Of Sentence Entered, **(14)**Illinois Judge Removing An Official Criminal Charges From Court Record Against A Judge Submitted Before Cook County Circuit Court, **(15)**An Illinois Judge Placing A Fraudulent Warrant On Carlos Massey Directly Causing Carlos Massey to Lose His Military Section 8, **(16)**Knowingly Placing False Information And Warrants Upon The Record of Carlos Massey Directly Causing Carlos Massey To Loose A Means Of Employment Sustainable Due To Disability In Violation Of The Americans With Disabilities Act, **(17)**Denied In Pattern And Practice The Lawful State Compensation Due For The Unlawful Detention Under The State Law Granting Petitions For Certificate Of Innocence, **(18)**Subjected To Intentional Infliction Of Emotional Abuse Shown By The Litigation Abuse Endured Since 2005 And As A Direct Result From The Breach Of Duty By All Of The Elected State Governmental Officials And State Agencies Contacted And Failing to Intervene In Violation Of Their Perspective Oaths Of Office.

Therefore Carlos Massey Has Posted On The Internet For Witnesses To The Treason And Human Rights Violations Being Committed Upon The American Public For Urgency In The Effective Means Of Redress Before The United States Supreme Court Who's Been Responsible For Creating A Permissive Environment For Civil RICO Conspiracy Against Rights Being Committed By Members Of The The B.A.R. Association Upon The Individual American Citizens In Pattern And Practice Easily Shown By The Rulings In U.S. v. Murphy, 768 F.2d 1518, 1531 (7th Cir. 1985) Where It Was Stated, "The Seventh Circuit Court of Appeals held that the Circuit Court of Cook County is a criminal enterprise." And "Bracey v. Gramley, case No. 96-6133 (June 9, 1997) Where, "The United States Supreme Court Recently Acknowledged The Judicial Corruption In Cook County, When It Stated That Judge "Maloney Was One Of Many Dishonest Judges Exposed And Convicted Through 'Operation Greylord', A Labyrinthine Federal Investigation Of Judicial Corruption In Chicago". **Take Official Judicial Notice of Law, Pursuant to the Illinois Supreme Court Rulings,** The Illinois Supreme Court's decision in P.R.S. International, Inc. v. Shred Pax Corp., 184 Ill. 2d 224, 703 N.E.2d 71 (1998), holds the key. According to the holding in P.R.S. International, Inc., a party's failure to respond to a request for admissions may be deemed an admission if the request relates to " 'disputed ultimate facts' " or " 'any contested facts needed to establish one's case or defense.' " P.R.S. International, Inc., 184 Ill. 2d at 233, 703 N.E.2d at 75 (quoting P.R.S. International, Inc. v. Shred Pax Corp., 292 Ill. App. 3d 956, 963, 686 N.E.2d 1214, 1219 (1997)). The court explained the language of Rule 216 allowing requests for the admission " 'of the truth of any specified relevant fact.' " (Emphasis omitted.) P.R.S. International, Inc., 184 Ill. 2d at 236, 703 N.E.2d at 77 (quoting 134 Ill. 2d R. 216(a)). The court then stated: "Whether a fact is an 'ultimate' fact is irrelevant for purposes of this rule. The key question is whether a requested admission deals with a question of fact. Accordingly, requests for legal conclusions are improper; however, requests for admissions of factual questions which might give rise to legal conclusions are not improper." **Carlos Massey Makes Known** The State Of Illinois Courts Received Aforesaid State Supreme Court Rule 216 Filing And It Was Ignored And Is Now Submitted Before This Court As Genuine Facts Before the Court. (Attached Document # 3) **Carlos Massey Now Alleges On Sworn Federal Court Record The Aforesaid Numbered Allegations Which Has Been Served Upon The Perspective Respondents And Now Requires The Respondents To Lawfully Respond To All Allegations On Court Record And Rebut The Affidavit of Truth In Commerce and Claim For Damages Also Filed Before The ILLINOIS SECRETARY OF STATE.** Grounds Exist For Summary Judgement And Pursuant To U.S. v. Kis, 658 F.2d 526, (7th Cir. 1981) "Indeed,

no more than that, [Affidavit] is necessary to make the prima facie case." Id at 536.

Carlos Massey requires the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division to Admit that the 'Emergency Petition for Writs of Mandamus and Writs of Prohibition' filed August 10, 2023 was filed by Carlos Massey with documentation showing that all attempts to receive justice and rights Guaranteed by the Constitution of the United States of America has been repeatedly exhausted, showing that the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division has failed to intervene in the Constitutional And Civil Rights Violations multiple times since 2007, showing that the Department of Justice has failed to provide Honest Services, showing that the Administrative Office of United States Courts received complaints of Misconduct and refused to even investigate, showing that both United States Senators and Congressmen has been contacted and has failed to intervene in the Civil Rights Violations Which Is Complete And Total Deprivation Of State And Federal Constitutional Rights Under The Color of Law That Requires The Sworn Duty Of This Court To Provide Equal Protection Of the Law Pursuant To United States Supreme Court Rulings which state, "It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon.

2. THE STATE OF ILLINOIS, Jay Robert Pritzker is required to admit that the Illinois Constitution Article 5 Section 8 declares that, "the Governor Shall Be Responsible for the Faithful Execution of the Law" and The Office of the Illinois Governor had been contacted and made known the Heinous Violations of Carlos Massey's United States Constitutional Rights and recklessly failed to Intervene as shown by the material mailed to Carlos Massey stamped by the Office of the Governor November 21, 2022.

3. ILLINOIS SUPREME COURT is required to Admit that the Illinois Appellate Court and the Illinois Circuit Courts has Deprived Carlos Massey Due Process and The United States of America 14th Amendment Constitutional Rights to Equal Protection of the Law as shown in the Affidavit of Truth in Commerce and Claim for Damages filed originally before the ILLINOIS SUPREME COURT May 7, 2019.

4. Cynthia A. Grant, is required to admit that the removal of court records is a federal offense and Carlos Massey did give lawful notice before Cynthia A. Grant Knowingly and Intentionally committed Official Misconduct and the Violation of Title 18 U.S.C. 2071.

5. STATE OF INDIANA, is required to admit that their State Court records will reflect that February 1, 2016 Carlos Massey lawfully filed in the case before Lake Superior Court for the release of Shiretta Massey and Jannet Massey case no. 45D06-1505-JC-532, 45D06-1505-JC-556 in Custody of Indiana Department of Child Services and was Unconstitutionally Deprived of the Care and Companionship of Carlos Massey's Children by the STATE OF INDIANA.

6. LAKE COUNTY PROSECUTOR, is required to Admit that Prosecutors are forbidden from engaging in Malicious Prosecution and the Warrant currently placed upon Carlos Massey to appear before Court is malicious prosecution due to the 4th Amendment Violations. It is required to be shown before this Court of Law by the dash cams and body cam footage of the Police Officers who Unlawfully Arrested Carlos Massey, the written police reports, the medical records complete with all medical prescriptions, the Fraudulent Warrant Upon the Record since the 80's and the Jurisdiction to Prosecute charges clearly subject to the Full Faith and Credit Act.

7. ILLINOIS ATTORNEY GENERAL, Kwame Raoul is required to Admit that Freedom of Information Acts were requested by Carlos Massey which were not lawfully responded to which concerned the several complaints of Public Corruption including the Complaint submitted to ILLINOIS ATTORNEY GENERAL Lisa Madigan who asked for the payment of $2000.00 from Carlos Massey to investigate the criminal acts of Official Misconduct.

8. United States District Attorney's Office, is required to Admit that Carlos Massey has submitted material showing the STATE OF ILLINOIS placed Carlos Massey in a Maximum Security State Hospital and Charging the Federal Government Approximately $250,000.00 to force Carlos Massey into a Plea Deal, subjecting Carlos Massey to Racist Assaults, Committing acts of Treason, Medical Malpractice, Denial of Due Process Rights, Denial of Habeas Corpus Rights and Major Fraud Against The United States of America therefore the discretion of Prosecution to not Prosecute Federal Crimes Made Known since the first of many complaints on record for this court to demand review submitted by Carlos Massey does clearly show this practice has Deprived Carlos Massey the Constitutional Right to Equal Protection of the Law Under the Color of Law. Carlos Massey Also Requires the United States District Attorney's Office to Admit that the Supremacy Clause of the United States nullifies any practices that defeat Honest Services, Oath of Office Or The Guarantees of the 14th Amendment of the Constitution of the United States.

9. Administrative Office of the United States Courts is now required to Admit Carlos Massey filed a Complaint of Judicial Misconduct No. 07-14-90102 Before the 7th Circuit Judicial Council Dec. 9, 2014 with 15 Sworn Filed Non-contested Allegations and The Law Is Plain and Clear that In federal court and in jurisdictions that follow the Federal Rules of Civil Procedure, denials must be unambiguous and stated in concise language that clearly identifies the allegations being denied pursuant to Fed. R. Civ. P. 8(b) and If the defendant fails to respond to an allegation by either denying it or by stating he or she does not have the information necessary to admit or deny it, it is considered admitted under rule 8(d), therefore when Carlos Massey Made Known That the Chief Judge of the 7th Circuit United States Court of Appeals, Diane P. Wood sent the memorandum on December 9, 2014 (No. 07-14-90102) stating, "Although the complaint does contain serious allegations against the judge, there is nothing that establishes any judicial misconduct by the judge" "Therefore the complaint is dismissed pursuant to 28 U.S.C.

sec 352(a)(1)(A)iii, The Administrative Office of the United States Courts is Also required to Admit that the Chief Judge of the 7th Circuit United States Court of Appeals committed Fraud Upon the Court and denied Carlos Massey's Constitutional Right to Equal Protection Under the Color of Law was a direct intentional act in furtherance of the Civil R.I.C.O. Conspiracy Against Rights Carlos Massey had been suffering from over several years.

10. United States Department of Justice, is required to Admit that Carlos Massey has submitted complaints alleging violations of Federal Law and Carlos Massey's United States of America Constitutional Rights including Denial of Due Process Rights and Equal Protection of the Law including the current Complaint filed in this case before the court and they are required to show records of the prosecutions that were denied and Carlos Massey was never received any material showing the reasons for the refusal to prosecute. The United States Department of Justice Civil Rights Division Is Now Hereby Requested To Surrender All Investigative Reports Made In The Complaint Record Number 253237-TPQ. Under 1346, The statute grants jurisdiction to the federal government to prosecute local, state and federal officials. It is frequently used to fight public corruption because it is easier to prove than bribery or extortion. The term "honest services" is broad and open to jury interpretation, according to several legal experts. Prosecutions under the 1970 Racketeer Influenced and Corrupt Organizations Act (RICO) frequently use violations of the honest services statute, as mail and wire fraud are predicate acts of racketeering; therefore, two mailings or wire transmissions in the execution of honest services fraud can form "a pattern of racketeering activity", And Carlos Massey Has Several Communications To Be Investigated By The United States Attorney General.

11. President Joe Biden, is required to Admit that Notice of Intent to file lawsuit was served via U.S. Postage and Carlos Massey made known the Judicial Branch Of Government was acting in Civil R.I.C.O. Conspiracy Against Rights and stated, "Notice of Intent by Carlos Massey is now presented as a Private Attorney General, under the 1866 Vindication and Civil Rights of the 39th Congress. This Congressional Act gives the Plaintiff the authority to step in, when the states fail or the government fails to uphold and protect the rights of the citizens. It allows Carlos Massey to act as a prosecutor and enables me to bring charges on those the lives and health of United States Citizens. If the Office of The President doesn't Immediately Intervene in the Rampant Deprivation of Rights Under the Color Of Law made known in the material presented in supplement to this correspondence, Carlos Massey will have no further recourse than to present a Breach of Duty Tort on behalf of the Citizens of the United States against the Individual Responsible for the Faithful Execution of the Law."

12. The United States Attorney General, is required to admit that The False Claims Act (FCA) authorizes the United States Department of Justice (DOJ) to issue Civil Investigative Demands (CIDs) to obtain information from healthcare providers. The DOJ ,may also use  CIDs to investigate potential fraud on the government and is seeking information regarding its fraud

investigation and The Department Of Justice Did Not Perform It's Mandatory Federal Duty Or Protect The United States Of America Constitutional Rights Of Carlos Massey As Fiduciary Duty Required And That The Department Of Justice Violated The False Claims Act By Refusing To Prosecute When Records Show That The Department Of Justice Was Aware That The STATE OF ILLINOIS Unconstitutionally Deprived Carlos Massey Of His Liberty for 312 Days In A Mental Health Hospital To Torture Carlos Massey Into A Confession And Then Charged The United States Goverment $250,000.00+ Fraudulently. Civil violations of the FCA can be enforced by private individuals, the DOJ or both. When a private individual (referred to as a "relator") brings an FCA claim (referred to as a "Qui Tam" action), the federal government is given a period of time to decide whether to intervene in the case. A successful relator may be entitled to a portion of any judgment, whether or not DOJ intervenes. A successful relator is also entitled to recover costs associated with litigating the case, including attorneys' fees. Carlos Massey Makes Known, The Attorney General is responsible for making sure the law is enforced impartially and fairly, leading to examinations of alleged violations of the law. Responsible for U.S. Attorneys throughout the country, the Attorney General may provide guidance interpreting the law to assist in prosecuting or defending the United States in legal proceedings. Carlos Massey Makes Known, The Attorney General will provide advice and guidance to the president and other high ranking officials regarding the law and how it should be implemented. This provides the Attorney General with a great deal of power, as they would have the ability to shape how laxly or punitively the law is to be applied. As the Justice Department has such wide-reaching tentacles of power in matters of law, from the banal to the extremely serious, this power can reach nearly all aspects of life in the U.S. Carlos Massey Finally Makes Known, The Attorney General is in charge of the Department and is responsible for all aspects of the Justice Department. The head of this vast bureaucracy has enough impact to shape the way laws are treated by law enforcement professionals across the country. The Department of Justice is supposed to be independent of the presidency so that it can effectively and impartially apply the law to all citizens, But As Common Knowledge Of The American Public Has Seen In The Past And Now Currently With The State Of This Nation Having Lost All Confidence In The Integrity Of The Judicial, Legislative And Executive Branches Of Our Government Is A Direct Result Of The Failure Of The United States Attorney General And President Joe Biden Who Has Been Served A Notice Of Intent For Failure To Intervene And Committing Acts In Furtherance Of Civil RICO Conspiracy Against Rights. Carlos Massey Requires The United States Attorney General To Admit That, President Joe Biden Is Not Above The Law So Compliance To FRCP 36 Is Non Discretionary And Casting A Blind Eye To The Crimes And Acts Of Treason Being Committed By His Fellow BAR Association Members, Makes President Joe Biden Principal In the Criminal Activity And The Civil RICO Conspiracy Against Rights Being Committed By The BAR Association Upon The Individual American Citizens.

**Take Judicial Notice Of Law That, When enforcement is placed in the hands of the people. Each citizen ' acts as a Private Attorney General who ' takes on the mantel of the sovereign,' ' guarding for all of us the individual liberties enunciated in the Constitution. Section 1983**

represents a balancing feature in our governmental structure whereby individual citizens are encouraged to police those who are charged with policing us all. Thus, it is of special import that suits brought under this statute be resolved by a determination of the truth rather than by a determination that the truth shall remain hidden. According to the Civil Rights Act of 1866, 14 Stat. 27, enacted April 9, 1866, (and sometimes referred to as The Private Attorney General Act), 39th Congress, Session 1, Ch 31 (1866), CHAP. XXXL, (Formally titled): An Act to "Protect all Persons in the United States in their Civil Rights, and Furnish the Means of their Vindication," April 9, 1866; Public Law 104-317, Oct 19, 1996, 110 Stat 3853; 93 stat 1284; Public Law 96-170, 96th Congress, Dec 9th 1979.4:. Carlos Massey has filed Ex Rel Previously On Behalf Of the United States Citizens Before This Court In These Same Matters and Pursuant To The Supreme Court Of The United States And Carlos Massey holds the position as a private Attorney General, under the1866 Vindication and Civil Rights of the 39th Congress. This Congressional Act gives Carlos Massey the authority to step in, when the states fail or the government fails to uphold and protect the rights of the citizens. It allows Carlos Massey to act as a prosecutor, and enable him to bring charges on those who hold public office and hold them accountable for their misdeeds and misconduct, in breach of their trustee duties as fiduciaries; as is written in the Lieber Code, Under General Orders No. 100. This includes insurrection and rebellion, and misuses of their/that public office in order to abuse and to incite riot among the peaceful inhabitants, as well as endanger the lives and health of United States Citizens. The Supreme Court of the United States delivered the opinion of the Court That Although the Constitution begins with the principle that sovereignty rests with the people, it does not follow that the National Government becomes the ultimate, preferred mechanism for expressing the people's will. ALDEN v. MAINE, 527 U.S. 706

Carlos Massey makes known that in the ruling Picking v. Pennsylvania Railway, 151 F.2d. 240,

Third Circuit Court of Appeals ruled that, "The plaintiff's civil rights pleading was 150 pages and

described by a federal judge as "inept". Nevertheless, it was held "Where a plaintiff pleads pro

se in a suit for protection of civil rights, the Court should endeavor to construe Plaintiff's

Pleadings without regard to technicalities."

Respectfully Submitted,

Carlos Massey, Sui Juris, Individual Citizen

Verification

I Carlos Massey, pursuant to title 28, USC section 1746 (1) and executed "Without the United States", I Affirm under the Penalty of Perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my belief and informed knowledge.

Signed on this _____ day of _____2023 by the undersigned Petitioner.

_____

Carlos Massey, Sui Juris, Individual Citizen

Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been furnished by United States Postal Service to the above listed Respondents,

On this _____ day of _____ 2023

In Support 23 CV 15898
4/7/25

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In the Matter of )
) Civil Action Nos.
Carlos Massey ) 23 CV 15898

## EXECUTIVE COMMITTEE ORDER

Pro Se filer Carlos Massey has been under an Escort Order since November 13, 2023.

Pro Se filer Carlos Massey has filed the following five cases in the Northern District of Illinois since 2009 in which he continues to file:

| | |
|---|---|
| 07cv06033 | Massey v. Wright et al |
| 09cv05006 | Massey v. The People of the State of Illinois et al |
| 09cv06458 | Massey v. Castillo et al |
| 23cv05339 | Massey v. State of Illinois et al |
| 24cv03724 | Massey v. State of Illinois et al |

The Executive Committee has reviewed the dockets and filings made by Carlos Massey from the above listed cases.

After review, it is the judgment of the Executive Committee that reasonable and necessary restraints must be imposed upon Carlos Massey's ability to file new civil cases in this District pro se. Cases in existence prior to the entry of this order are not affected by the order and shall proceed as usual.

IT IS HEREBY ORDERED BY THE EXECUTIVE COMMITTEE in its capacity as the supervisor of the assignment of cases, that ------

1. Carlos Massey, or anyone, other than an attorney, acting on her behalf, is enjoined from filing any new civil action or proceeding in the United States District Court for the Northern District of Illinois without first obtaining leave by way of the following procedures:

    a. Any materials Carlos Massey, or anyone, other than an attorney, acting on her behalf, wishes to submit for filing shall be delivered to Room 2050, Office of the Clerk at the Courthouse in Chicago. Only the Clerk or deputies specifically designated by the Clerk may accept such documents.

    b. Where the document submitted is a complaint, it shall be accompanied by a motion captioned a Motion Seeking Leave to File Pursuant to Order of Executive Committee. That motion shall, in addition to requesting leave to file the complaint, include a sworn statement certifying that the claims raised by or on behalf of Carlos Massey in the complaint are new claims never before raised in any federal court.

    c. Whenever Carlos Massey submits a document for filing, the clerk or designated deputy shall accept the papers, stamp them received, and forward them to the Executive Committee.

2. The Executive Committee will examine any complaints submitted by or on behalf of Carlos Massey to determine whether they should be filed.

3. If Carlos Massey seeks leave to proceed in forma pauperis, the Committee will also determine if such leave should be granted. The Committee will deny leave to file any complaints if they are legally frivolous or are merely duplicative of matters already litigated, unless he demonstrates to the Committee in writing that he is in imminent danger of great bodily harm. The Committee may deny leave to file any complaints not filed in conformity with this order.

4. If the Executive Committee enters an order denying leave to file the materials, the clerk shall retain the order in a miscellaneous file with the title "In the matter of: Carlos Massey" and cause a copy of the order to be mailed to Carlos Massey.

5. If the Executive Committee enters an order granting leave to file the materials, the clerk will cause the materials to be stamped filed as of the date received and shall cause the case to be assigned to a judge in accordance with the rules. The clerk shall also cause a copy of the order to be mailed to Carlos Massey.

6. Carlos Massey's failure to comply with this order may, within the discretion of the Executive Committee, result in her being held in contempt of court and punished accordingly.

7. Nothing in this order shall be construed -----

   a. to affect Carlos Massey's ability to defend herself in any criminal action,

   b. to deny Carlos Massey access to the federal courts through the filing of a petition for a writ of habeas corpus or other extraordinary writ, or

   c. to deny Carlos Massey access to the United States Court of Appeals or the United States Supreme Court.

IT IS FURTHER ORDERED That any password issued to Carlos Massey for access to the electronic filing system shall be disabled.

IT IS FURTHER ORDERED That any new complaints filed by Carlos Massey and transferred to this Court from another jurisdiction shall be reviewed by the Executive Committee to determine whether they should be filed.

IT IS FURTHER ORDERED That the Clerk shall cause to be created and maintained a miscellaneous docket with the title "In the Matter of: Carlos Massey" and case number 23cv15898. The miscellaneous docket shall serve as the repository of this order and any order or minute order entered pursuant to this order. All orders will be entered on that docket following standard docketing procedures.

IT IS FURTHER ORDERED That the Clerk shall cause a copy of this order to be mailed to Carlos Massey at 3033 Florence Ave., Steger, IL 60475, the address listed in his latest filing, via U.S. Certified Mail, Return Receipt Requested.

2

ENTER:

FOR THE EXECUTIVE COMMITTEE

Hon. Virginia M. Kendall, Chief Judge

Dated at Chicago, Illinois this 17th day of March 2025

*In Support of 23 cv 15898* *4/7/25*

# Northern District of Illinois

## Eastern Division

| | |
|---|---|
| **Carlos Massey** | ) Case No. 1:24-cv-03724 |
| | ) |
| (Plaintiff) | ) |
| | ) |
| **V.** | ) |
| | ) |
| **Richard Durbin, United States Senate** | ) |
| **Judiciary Committee,** | ) |
| **Thomas M. Durkin, Jay Robert Pritzker,** | ) |
| **Sarah Jones, James W. Glascoe,** | ) |
| **Mike Kelley, John G. Roberts,** | ) |
| **Chicago Heights Police Department,** | ) |
| **Merrick Garland, Kristen Clarke,** | ) |
| **Jorge Alonso, Rochell Garza,** | ) |
| **Martha M Pacold, et. al., In** | ) |
| **Their Individual and Official Capacity** | ) |
| | ) |
| (Defendants) | ) |

---

# Emergency Motion for Injunctive Orders and Rule 60(d)(3) Motion to Vacate Void Orders For Fraud Upon The Court

---

Now Comes Carlos Massey, Sui Juris, Individual Citizen that has been denied Constitutional Guarantees as Federal Court Records Shall Reflect since 2007 and Files before The Current Chief Judge Virginia M. Kendall for Emergency Orders issued to Protect Carlos Massey's Life, Property and Liberty AS REQUIRED BY SWORN OATH. Carlos Massey Invokes the Duties of Chief Judge Virginia M. Kendall to Protect Carlos Massey's Rights to Due Process of Law and Status Quo until the Merits of this Case has been Adjudicated.

**Carlos Massey Makes Known to Chief Judge Virginia M. Kendall**, that the Merits of this Case Have Already Been Made Known and Filed on Federal Court Records, before the

United States Supreme Court and Publicly Posted.

**Carlos Massey Makes Known to Chief Judge Virginia M. Kendall**, Publicly it is shown that Chairman of the Judicial Committee Richard Durbin has a Notice of Intent Filed on Court Record received by the United States Supreme Court February 9, 2024 and currently the United States Supreme Court has an Affidavit of Truth In Support of Motion to Vacate Void Judgements where Carlos Massey made known and stated as fact to be rebutted that, the STATE OF ILLINOIS kidnapped Carlos Massey's Children which is the highest held right of property for individual citizens and by the Act of Warrantless Seizure of Children and directly caused the Unconstitutional Separation of Parent and Child which Carlos Massey filed before this Court in case number 07C6033 filed October 25, 2007, and the Court is shown by Court Record to have Committed Fraud Upon the Court and has Denied Carlos Massey the Due Process And Equal Protection of the Law against established lawful caselaw precedence and without being lawfully heard before this court for compensation in denial of Constitutional Guarantees.

**Carlos Massey Makes Known to Chief Judge M. Kendall**, that the following facts has been presented and Carlos Massey Lawfully request Sworn Filed Rebuttal to the numbered facts;

1. Carlos Massey makes known and states as fact to be rebutted that, court was made known with documents showing that Carlos Massey was being Unconstitutionally Deprived of Liberty at an Illinois State Maximum Security Mental Health Hospital for 312 days who then Fraudulently Charged the United States Government $250,000.00 and this court did not investigate committing the federal crime of Misprision of Felony and by failing to report the Federal Felony pursuant to 18 USC 1031 Crime of Major Fraud Against the United States or Protect Carlos Massey as required by Federal Mandatory Duty.

2. Carlos Massey makes known and states as fact to be rebutted that, Court received a rule 60 Motion for Relief August 14, 2009 and Carlos Massey made known with documentation before the UNITED STATES DISTRICT COURT Northern District of Illinois Eastern Division

that his Constitutional Rights Were Being Violated by the STATE OF ILLINOIS and then the Aforesaid Court Returned said Filling before the Court and this Act of Fraud Upon the Court is directly responsible for the current issues before this court as well as a Violation of Title 18 USC 2071.

3. Carlos Massey makes known and states as fact to be rebutted that, Carlos Massey also has records before court showing that the United States Commissioner for the Department of Social Security was Summoned by the United States Marshals Office to appear before Court in Carlos Massey's case for denial of back pay benefits and who failed to appear on the assigned court date and Carlos Massey's lawful pleadings were never heard before this Court.

4. Carlos Massey makes known and states as fact to be rebutted that, Carlos Massey filed before Court Judge Ruben Castillo as Private Attorney General on behalf of the Individual American Citizens being Denied Constitutional Rights in case number 09 cv 5006 and the issues were never lawfully heard before Court as a direct result of Abuse of Discretion which Carlos Massey exercised the proper appellate procedures and complaint process, in the Complaint Carlos Massey Made Known the following, **"This Petition invokes the duties of the judges in the committee to maintain public confidence in the federal judiciary's ability to redress misconduct, by imposing a sanction against Chief Judge Ruben Castillo requiring him to recuse himself from these proceedings and acknowledging that Chief Judge Diane P. Wood of the Judicial Council of the Seventh Circuit, did in fact submit a Memorandum on December 9, 2014 which was adverse to the rules of The Judicial Conference; which also was in violation of United States Codes title 18 U.S.C. sec. 1001 insofar as, Judge Diane P. Wood submitted the 'Fraudulent Statement' that ,"...there is nothing that establishes any misconduct" in the Memorandum which she had reasonable knowledge and supplied documents from the court showing misconduct. As ruled in "United States V. Bradley" (1999,CAIll)196, F3d . 762 which essentially establishes, "to act 'Willfully' in U.S.C. Title18 section 242 sense, the defendant must intend to commit act that results in deprivation of established Constitutional right as reasonable person would understand that right". Judge Diane P. Wood, committed the Title 18 United States Codes sec. 1001 violation of "False Statements, Concealment" in the complaint dismissed on December 9, 2014."**

5. Carlos Massey makes known and states as fact to be rebutted that, Carlos Massey appeared before Chief judge Diane P. Wood in the complaint re-filed on December 1, 2014; The supplied documentation contained the Privacy release form with the complaint before Congressman Bobby Rush as well as the stamped received copy of the 'Petition For Judicial Notice of Law'. In the petition for judicial notice of law as supplement to the complaint, it will be shown by court record, documents and sworn testimony that as the notice states and as rulings in the Supreme Court of the United States and the United States 7th Circuit Appellant Court quoting a 2002 case "...the judicial system is in need of review and repair'. Conformity in rulings would have required a panel En Banc Hearing, however jurisdiction is lost before this court. As in the 'Greylord Labyrinth' 1985, Illinois Federal judges are shown to have committed Pattern and Practice Deprivation of Rights Under the Color of Law and Conspiracies Against Rights of Individual Citizens. I have court records of cases to show and my own records reflects that the shown Judges of Illinois have unlawfully denied me my rights guaranteed in the Constitution reflected in the 'Petition of Judicial Notice of Law' supplied in the complaint before Chief Judge Diane P. Wood. NOTICED Chief Judge Diane P. Woods received this complaint and supporting documents and dismissed the complaint with the fraudulent statement, "...there is nothing that establishes any judicial misconduct by the judge". This is Fraud Upon the Court by the failure of this judge to administer the business of the courts and address the misconduct of the other judges made known in the complaint and supplied 'Petition For Judicial Notice of Law' and Conspiracy Against Rights made known on page 5 of the written complaint.

6. Carlos Massey makes known and states as fact to be rebutted that, For the purposes of review it has been said that clear violations of reach the result, such as acting without evidence when evidence is required, or making a decision contrary to all the evidence, are just as much jurisdictional error as is the failure to take proper steps to acquire jurisdiction at the beginning of the proceeding. 'Borgnis V. Falk Co.,' 133 N.W. 209 Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. 'S. V. Will' 449 U.S. 200, 216, 101 S.Ct. 471, 66L. Ed. 2d 392, 406

7. Carlos Massey makes known and states as fact to be rebutted that, it is a Federal Offense for Anyone Refusing to Halt Civil Rights Violations • Title 42 U.S.C. § 1986. Action for neglect to prevent conspiracy "Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in the preceding section 42 USCS § 1985, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses to do so, if such wrongful act be committed, shall be liable to the

party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action, and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefore, and may recover not exceeding five thousand dollars damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued."

8. Carlos Massey makes known and states as fact to be rebutted that, The UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois-Eastern Division has been Shown On Court Record That, "THE STATE OF ILLINOIS has caused and continues to cause Irreparable Harm including, (a)Warrantless Seizure of Children, (b)Unconstitutional Separation of Parent and Child, (c)Unlawful Asset Forfeiture of Several Automobiles, (d)Fraudulently And Unlawfully Detained In State Mental Hospital, (e)Tortured By Verbal And Physical Assaults at Aforesaid Hospital, (d)Subjected To Medical Malpractice At Said Hospital, (e)Victimized By Obstruction of Justice being committed by State Officials, (f)Denied Habeas Corpus Rights While Unconstitutionally Being Held In A Maximum Security Mental Health Hospital For 312 Days Who Then Fraudulently Charged The United States Federal Government Approximately $250,000.00 Which Is The Federal Crime Of Major Fraud Against The United States Pursuant To 18 U.S.C. §1031 That establishes that whoever knowingly executes, or attempts to execute, any scheme to either defraud the United States or obtains property or money by means of a fraudulent or false representation may face major fraud charges Which Carlos Massey Reported To The F.B.I. Without Equal Protection Of The Law Being Afforded, (g)Unconstitutionally Denied Major Surgery To Foot Approximately 7 Months With An Illinois Circuit Court Judge Stating In Court "If You Want Your Foot Fixed then Take the Plea Deal And Then You Can Get Out And Get Your Foot Fixed, (h)In Fear For Life, From Illinois Judges Arranging An Assassination Attempt While In Custody Of Cook County Jail, (i)Irreparable Damage From Illinois Judge Changing Another Judges Orders So That The Medical Care To A 100+ Year Old Blind Grandmother Would Be Denied In Retaliation For Carlos Massey Appearing On The Channel Five News Exposing Racial Profiling, (j)Illinois Judge Unconstitutionally Depriving Carlos Massey's Liberty For 3+ Years On A Charge That Only Carries 1 Year Sentence, (k)Illinois Judge Refusing To Recuse herself And Making A Void Order With Falsified Records Of

Sentence Entered, (l)Illinois Judge Removing An Official Criminal Charges From Court Record Against A Judge Submitted Before Cook County Circuit Court, (l)An Illinois Judge Placed A Fraudulent Warrant On Carlos Massey Directly Causing Carlos Massey to Lose His Military Section 8, (m)Knowingly Placing False Information And Warrants Upon The Record of Carlos Massey Directly Causing Carlos Massey To Loose A Means Of Employment Sustainable Due To Disability In Violation Of The Americans With Disabilities Act, (n)Denied In Pattern And Practice The Lawful State Compensation Due For The Unlawful Detention Under The State Law Granting Petitions For Certificate Of Innocence, (o)Subjected To Intentional Infliction Of Emotional Abuse Shown By The Litigation Abuse Endured Since 2005 And As A Direct Result From The Breach Of Duty By All Of The Elected State Governmental Officials And State Agencies Contacted And the Failing to Intervene In Violation Of Their Perspective Oaths Of Office. (p) Repeatedly in Pattern And Practice Deprived Carlos Massey and other Individual Citizens the Rights to Equal Protection of the Law and Carlos Massey has Posted On The Internet For Witnesses To The Treason And Human Rights Violations Being Committed Upon The American Public For Urgency In The Effective Means Of Redress Before The United States Supreme Court Who is Responsible For Creating A Permissive Environment for the Civil RICO Conspiracy Against Rights Being Committed By Members Of The B.A.R. Association Upon The Individual American Citizens In Pattern And Practice which is Easily Shown By The Rulings In U.S. v. Murphy, 768 F.2d 1518, 1531 (7th Cir. 1985) Where It Was Stated, "The Seventh Circuit Court of Appeals held that the Circuit Court of Cook County is a Criminal Enterprise." And "Bracey v. Gramley, case No. 96-6133 (June 9, 1997) Where, "The United States Supreme Court Recently Acknowledged The Judicial Corruption In Cook County, When It Stated That Judge "Maloney Was One Of Many Dishonest Judges Exposed And Convicted Through 'Operation Greylord', A Labyrinthine Federal Investigation Of Judicial Corruption In Chicago".

9. Carlos Massey Makes Known and States as Fact to be Rebutted that, Carlos Massey filed documentation showing that all attempts to receive Justice and Rights Guaranteed by the Constitution of the United States of America has been Repeatedly Exhausted, showing that the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division has in Pattern and Practice, Failed to Intervene in the Constitutional And Civil Rights Violations multiple times since 2007,**(a)** showing that the Department of Justice has failed to provide Honest Services,**(b)** showing that the Administrative Office of United States Courts received complaints of Misconduct and refused to even investigate,**(c)** showing that both United States Senators and Congressmen has been contacted and has Failed to Intervene or Report the Civil Rights Violations Which Is Complete And Total

Deprivation Of State And Federal Constitutional Rights Under The Color of Law That Requires The Sworn Duty Of This Court (Bound by the Supremacy Clause of the United States of America) To Provide Equal Protection Of the Law Pursuant To United States Supreme Court Rulings which state, **"It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon. (d)** Take Jud132icial Notice of Law that relevant provisions of the Federal Tort Claims Act are 28 U.S.C. §§ 1346(b), 2674, and 2680(a) § 1346(b) declares that "...The district courts shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on and after January 1, 1945, for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred."§ 2674. "The United States shall be liable in the same manner and to the same extent as a private individual under like circumstances but shall not be liable for interest prior to judgment or for punitive damages."

10. Carlos Massey makes known and states as fact to be rebutted that, Jay Robert Pritzker is Sworn to Uphold both the United States and the Illinois Constitution and Article 5 Section 8 declares that, "the Governor Shall Be Responsible for the Faithful Execution of the Law" and The Office of the Illinois Governor had been contacted and made known the Heinous Violations of Carlos Massey's United States Constitutional Rights and Recklessly Failed to Intervene as shown by the material mailed to Carlos Massey stamped by the Office of the Governor November 21, 2022.

11. Carlos Massey makes known and states as fact to be rebutted that, the ILLINOIS SUPREME COURT, the Illinois Appellate Court and the Illinois Circuit Courts has Deprived Carlos Massey Due Process and The United States of America 14th Amendment Constitutional Rights to Equal Protection of the Law as shown in the Affidavit of Truth in Commerce and Claim for Damages filed originally before the ILLINOIS SUPREME COURT May 7, 2019.

12. Carlos Massey makes known and states as fact to be rebutted that, Illinois Supreme Court Clerk of Court Cynthia A. Grant removed court records which denied Carlos Massey's Due Process Rights and Carlos Massey did give lawful notice before Cynthia A. Grant who Knowingly and Intentionally committed the Illinois State Felony of Official Misconduct and the Federal Felony Violation of Title 18 U.S.C. 2071

13. Carlos Massey makes known and states as fact to be rebutted that, STATE OF INDIANA, directly caused the Unconstitutional Separation of Parent and Child shown by State Court records which will show that February 1, 2016 Carlos Massey lawfully filed in the case before Lake Superior Court for the release of Shiretta Massey and Jannet Massey case no. 45D06-1505-JC-532, 45D06-1505-JC-556 in Custody of Indiana Department of Child Services and was Unconstitutionally Deprived of the Care and Companionship of Carlos Massey's Children by the STATE OF INDIANA.

14. Carlos Massey makes known and states as fact to be rebutted that, the LAKE COUNTY PROSECUTOR is forbidden from engaging in Malicious Prosecution and the Warrant currently placed upon Carlos Massey to appear before Court is for a Malicious Prosecution due to the 4th Amendment Violations committed and It is now required to be shown before this Federal Court of Law, the dash cams and the body cam footage of the Police Officers who Unlawfully Arrested Carlos Massey, the written police reports, the medical records complete with all medical prescriptions, the Fraudulent Warrant Upon the Record since the 80's and the Jurisdiction to Prosecute charges clearly subject to the Full Faith and Credit Act.

15. Carlos Massey makes known and states as fact to be rebutted that, the ILLINOIS ATTORNEY GENERAL, Kwame Raoul is responsible for the Freedom of Information Acts were requested by Carlos Massey which were not lawfully responded to which concerned

the several complaints of Public Corruption including the Complaint submitted to ILLINOIS ATTORNEY GENERAL Lisa Madigan who asked for the payment of $2000.00 from Carlos Massey to investigate the criminal acts of Official Misconduct.

16. Carlos Massey makes known and states as fact to be rebutted that, United States District Attorney's Office, is required to prosecute crimes known committed against the United States and Carlos Massey has submitted material showing the STATE OF ILLINOIS placed Carlos Massey in a Maximum Security State Hospital and Charging the Federal Government Approximately $250,000.00 to force Carlos Massey into a Plea Deal, (1.)subjecting Carlos Massey to Racist Assaults, (2.)Committed Acts of Treason, (3.)Medical Malpractice, (4.)Denial of Due Process Rights, (5.)Denial of Habeas Corpus Rights and (6.)Committed Major Fraud Against The United States of America therefore the discretion of Prosecution to not Prosecute Federal Crimes Made Known since the first of many complaints on record for this court to demand review submitted by Carlos Massey does clearly show this practice has Deprived Carlos Massey the Constitutional Right to Equal Protection of the Law Under the Color of Law. Carlos Massey Also Requires the United States District Attorney's Office to Admit that the Supremacy Clause of the United States nullifies any practices that defeat Honest Services, Oath of Office Or The Guarantees of the 14th Amendment of the Constitution of the United States.

17. Carlos Massey makes known and states as fact to be rebutted that, Administrative Office of the United States Courts received Carlos Massey's filed Complaint of Judicial Misconduct No. 07-14-90102 before the 7th Circuit Judicial Council Dec. 9, 2014 with 15 Sworn Filed Non-contested Allegations and The Law Is Plain and Clear that In federal court and in jurisdictions that follow the Federal Rules of Civil Procedure, denials must be unambiguous and stated in concise language that clearly identifies the allegations being denied pursuant to Fed. R. Civ. P. 8(b) and If the defendant fails to respond to an allegation by either denying it or by stating he or she does not have the information necessary to admit or deny it, it is considered admitted under rule 8(d), therefore when Carlos Massey Made Known That the Chief Judge of the 7th Circuit United States Court of Appeals, Diane P. Wood sent the memorandum on December 9, 2014 (No. 07-14-90102) stating, "Although the complaint does contain serious allegations against the judge, there is nothing that establishes any judicial misconduct by the judge"(Fraud Upon The Court) "Therefore the complaint is dismissed pursuant to 28 U.S.C. sec 352(a)(1)(A)iii, The Administrative Office of the United

States Courts, Knowingly Cast a Blind Eye to the fact that the Chief Judge of the 7th Circuit United States Court of Appeals committed Fraud Upon the Court and denied Carlos Massey's Constitutional Right to Equal Protection Under the Color of Law which was a Direct Intentional Act in Furtherance of the Civil R.I.C.O. Conspiracy Against Rights that Carlos Massey has been suffering from over several years Under the Auspices of the Chief Justice of United States Supreme Court Responsible for creating the Permissive Environment of Judicial Misconduct and the loss of Public Faith in the Integrity of our Judicial Branch of Government despite previous rulings in, In re Murchison, 349 U.S., at 136, 75 S. Ct. at 625 which states, "Our system of law has always endeavored to prevent even the probability of unfairness" and Mayberry v. Pennsylvania, 400 U.S. 455, 469, 507 (1971) (Harlan, J., concurring also stating, "The appearance of even-handed justice is at the core of due process".

18. Carlos Massey makes known and states as fact to be rebutted that, United States Department of Justice Office of Inspector General received complaints with non-contested Allegations of Violations of Federal Law and showing denial of Carlos Massey's United States of America Constitutional Rights including the Denial of Due Process Rights and Equal Protection of the Law, including the current Complaint filed in this case before the court and without record to support basis for refusing to prosecute, Carlos Massey and the Individual Citizens of the United States of America will continue to suffer from the Denial of Honest Services and the Department of Justice Pattern and Practice Failure to Intervene.

19. Carlos Massey makes known and states as fact to be rebutted that, President Joe Biden, received a Notice of Intent to file lawsuit served via U.S. Postage and Carlos Massey made known the Judicial Branch Of Government was acting in Civil R.I.C.O. Conspiracy Against Rights and stated, "Notice of Intent by Carlos Massey was presented before this court as a Private Attorney General, under the 1866 Vindication and Civil Rights of the 39th Congress. This Congressional Act gives Carlos Massey the authority to step in, when the states fail or the government fails to uphold and protect the rights of the citizens. It allows Carlos Massey to act as a prosecutor and enables Carlos Massey to bring forth charges on those who hold public office and hold them accountable for their misdeeds and misconduct, in breach of their trustee duties as fiduciaries as is written in the Lieber Code, Under General Orders No. 100. This includes insurrection and rebellion, and misuses of their/that public office in

order to abuse and to incite riot among the peaceful inhabitants, as well as endanger the lives and health of United States Citizens. Carlos Massey made known that If the Office of The President did not Immediately Intervene in the Rampant Deprivation of Rights Under the Color Of Law made known in the material presented in supplement to the material submitted in the correspondence, Carlos Massey has no further recourse than to present a Breach of Duty tort on behalf of the Citizens of the United States against the Individual Responsible for the Faithful Execution of the Law."

20. Carlos Massey makes known and states as fact to be rebutted that, Carlos Massey submitted a Letter from Barrack Obama dated April 11, 2007, which shows both the Illinois Judicial Inquiry Board and The U.S. Attorney's Office were contacted on behalf of Carlos Massey and are the direct cause for the issues presently before this court and despite Carlos Massey's lawfully submitted a FOIA request, the Department of Justice has failed to surrender the findings which now requires the United States Attorney General to Initiate a CID Investigation.

**Carlos Massey Makes Known to Chief Judge Virginia M. Kendall that,** Carlos Massey is an Individual American Citizen protected by the 14th Amendment Obligation of the United States of America, who happens to be a Disabled Marine Veteran suffering from complications from the Stroke Carlos Massey Experienced in June as a result from the Infliction of Emotional Distress being inflicted by the Defendants Failure to Intervene, Carlos Massey has firsthand knowledge of all of the facts enumerated within the filed Affidavits. Carlos Massey made his common law claim for damages, compounding now in excess of Ten Million Silver Dollars that he has suffered as a result of Illinois Corporate Public Servant Employees maintaining silence to written Affidavits, Petitions, Motions and other communication. Carlos Massey Makes Known the Damages Claimed Does Not Include The Damages Suffered April 9th, 2024 When Carlos Massey was Unlawfully Detained April 9th, 2024 when Carlos Massey Noticed Court to Hear A Summary Judgement and Illinois State Judge Sarah Jones had Carlos Massey Unconstitutionally Deprived of Liberty in Civil

RICO Conspiracy Against Rights and A female Employee Under the Auspices of Will County Sheriff Mike Kelley told the 4 Officers on deck in front of one of the detainees that Attempted to Take the Life Of Carlos Massey that, "This Case Is Too Much Money, You're Going to have to Kill Him". Take Judicial Notice, The courts have found such SILENCE to be FRAUD, when there is a duty to speak, and be accountable. Other unlawful acts perpetrated by UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois and Illinois Corporate Employees acting under "color of law" are all enumerated in the several ignored Affidavits filed before the Court and before the Offices of the named and unnamed elected corporate public servants.

**Carlos Massey Makes Known to Chief Judge Virginia M. Kendall that,** United States District Court Judge Jorge Alonso Deprived Carlos Massey's Rights Under The Color of Law by dismissing Carlos Massey's case #1:24-cv-03724 where Carlos Massey submitted a federal court form 'Complaint and Request for Injunctive Orders' under Emergency Situation which forced Carlos Massey to Fear for His Life. This Void Judgment was in violation of Due Process Guarantees and United States Supreme Court Case Law denying Carlos Massey first amendment rights without following Federal Rules of Civil Procedure which makes Judge Jorge Alonso's Rulings Void and Carlos Massey Invokes the Duty of the Article III Judge to review in total all the Judicial Notices Filed, All the Affidavits of Truth Filed and All the Uncontested Allegations Filed and Not Heard pursuant to Federal Rules of Civil Procedure. Carlos Massey Makes Known that the Article III Judge Jorge Alonso Dismissed Carlos Massey's Case with material showing Illinois State Court Judge Sarah Jones Ordered Carlos Massey to be Unconstitutionally Deprived of Liberty for 10 Days and Refusal to Hear the case before the court is a Clear and Evident Showing of Breach Of Duty and an Act of Treason to the United States of America.

**Carlos Massey Makes Known to Chief Judge Virginia M. Kendall that,** any judge who does not comply with his oath to the Constitution of the United States wars against that

Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason. It is made known taking at least two, if not three, oaths of office Judge Thomas M. Durkin arbitrarily Dismissing Carlos Massey's filed Writ of Mandamus and Writs of Prohibition With Prejudice can be Inferred by the Circumstances as an Act in furtherance of Civil R.I.C.O. Conspiracy Against Rights to hold harmless members of the Criminal Enterprise recognized and identified by the United States 7th Circuit Court of Appeals and the United States Supreme Court has acknowledged the judicial corruption in Cook County, Illinois. In a case involving Judge Maloney, the court stated that he was one of many dishonest judges exposed and convicted through 'Operation Greylord', a labyrinthine federal investigation of judicial corruption in Chicago. The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it.". Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 support the Constitution of the United States, and the Constitution of the State of Illinois, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason. If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

**Carlos Massey Makes Known to Chief Judge Virginia M, Kendall,** An officer who purposefully allows a fellow officer to violate a victim's Constitutional rights may be prosecuted for failure to intervene to stop the Constitutional violation. To prosecute such an officer, the government must show that the defendant officer was aware of the Constitutional violation, had an opportunity to intervene, and chose not to do so.

**Carlos Massey Makes Known to Chief Judge Virginia M, Kendall,** Video Footage is Shown Publicly of Carlos Massey being Deprived Rights Under the Color of Law by the Deputy Clerk of Jorge Alonso. Pattern and Practice Obstruction and the Federal Crime of

Violations of 18 USC 2071 has been shown by Illinois Supreme Court Clerk of Court, the United States Supreme Court Clerk of Court and as material submitted in support of this filing shows, Chief Judge Virginia M. Kendall Deputy Clerk of Court Lynn Kandziora may have Concealed material from the Chief Judge showing the United States Department of Justice under the auspices of Merrick Garland has Failed to Intervene and is Guilty of Misprision of Treason, Misprision of Felony and Failure to Perform Mandatory Federal Duty.

**Carlos Massey Makes Known to Chief Judge Virginia M, Kendall**, a judgment void for Constitutional violations of procedural due process, misrepresentation of the law, together with Statement of Facts and Conclusions of Law with no reference to the record, because no record existed would also be void in any court in which it is brought.

**Carlos Massey Makes Known to Chief Judge Virginia M, Kendall**, the dismissal of a void judgment is mandatory and leaves no room for judicial discretion. When a judgment is determined to be void, it is legally null and has no effect. Courts are required to vacate or dismiss such judgments to uphold the integrity of the legal system. This is because a void judgment is considered invalid from the outset due to fundamental legal deficiencies, such as lack of jurisdiction or violations of due process.

**Carlos Massey Finally Makes Known to Chief Judge Virginia M, Kendall**, that the Officers Under the Auspices of the Chief Judge and the other named Defendants has committed Fraud Upon the Court, Failure to Intervene, Deprivation of Rights Under the Color of Law and Civil Rico Conspiracy Against Rights to deny Carlos Massey lawful compensation due for the domestic injuries incurred by Carlos Massey and his Family. Carlos Massey has filed this Emergency Motion for Injunctive Orders because Failure to Intervene Immediately is directly causing damages to Carlos Massey's health and has Carlos Massey's about to be rendered homeless directly because of the Unconstitutional Seizure of Carlos Massey's property. Carlos Massey Filed for Injunctive Orders around May after reporting the federal felony 18 USC 1513, which was dismissed by Jorge Alonso without ever showing sworn filed response to the Allegations.

Carlos Massey Publicly Shows that Chief Judge Virginia M. Kendall, who has Sworn an Oath to Support the United States Constitution and has the Duty to protect Carlos Massey's Rights from Stealthy Encroachment. Chief Judge Virginia M. Kendall has Authority to Review and Vacate the Void Orders Entered by the Judges under her Auspices. Chief Judge Virginia M. Kendall has available the Material to Support Carlos Massey's Allegations Including FRCP .36 Requests for Admission and Unrebutted Affidavits of Truth that were Submitted with Jurat and Notarized. According to law Unrebutted Affidavits of Truth is considered truth in fact for the court. Records Shows that Carlos Massey Requested for Public Evidentiary Hearing, but it was denied as moot. Chief Judge Virginia M. Kendall has records in her access showing Will County Jail Unconstitutionally Deprived Carlos Massey's Liberty for 10 days when Carlos Massey's Noticed and Filed Motion for Summary Judgement In Will County Court which was not heard but the State of Illinois Judge Sarah Jones had the Will County Sheriffs Detain Carlos Massey for an alleged warrant knowing the the clerk of court sent the court date on April 5th showing Carlos Massey court date was May 16th.

Chief Judge Virginia M. Kendall is now made known that Carlos Massey has Merits Before the Court as well as the Fraud Upon the Court that must be Adjudicated by Law. Carlos Massey is a Disabled Marine Veteran, who also swore an Oath "to Protect this Constitution against All Enemies, Foreign or Domestic". Carlos Massey is going to Assert his Rights Guaranteed pursuant to the United States of America Constitution and pursuant to the Supremacy Clause in said Constitution, Chief Judge Virginia M. Kendall Shall Be Bound By the Constitution and the Laws made in pursuance there of or Chief Judge Virginia M. Kendall is in Commission of Treason.

Carlos Massey has a $10,000,000.00 claim for Damages Compensation with Writs Of Prohibition that must be heard, $10,000.00 in compensation due from Chicago Heights Police Department Unlawfully Seized Carlos Massey's Crown Victoria because of Thomas M. Durkins Negligence or Malfeasance and Most recently since the United States District Court Northern Illinois District has Failed to Intervene and correct the false records Carlos Massey filed reporting since 2009, Carlos Massey was unlawfully Detained forcing Carlos Massey to serve Sheriff Mike Kelley with Notice of Intent to Sue for the Enforcement of Void Orders resulting in other detainees being moved from the sick bay unit and six big healthy detainees being moved in our unit stating they were coming to attack me. Carlos Massey told the Sgt. about my door being popped open in the night and the 4 guards and the detainees working together and after the Sgt. left my door, later an attractive Woman came in and was talking to the 4 guards and CLEARLY STATED, "His Case Is Too Much Money,

you're going to have to kill him." (to my best memory) Carlos Massey agreed to let a public defender take over his case when in three years James Glasgow or the several States Attorneys who got off this case has answered Carlos Massey's filings, but Carlos Massey Agreed in Desperation. Carlos Massey then filed an order of No Contact and after denial with No investigation, Carlos Massey Filed In The United States District Court Case Number 1:24-cv-03724, where Carlos Massey sought Emergency Injunction for protection of life. The State of Illinois Judge Sarah Jones put a $100,000.00 I Bond On Carlos Massey, even though Illinois is On A No Cash Bond Act. Judge Jorge Alonso Did Not Respond To Carlos Massey's Complaint and Request For Injunctive Relief And The Stress Caused Carlos Massey To Have A Stroke In June After The Stress Had Already Claimed The Life Of Carlos Massey's 106 Year Old Grandmother. After Getting Out The Hospital Around August, Carlos Massey filed An Emergency Motion for Evidentiary Hearing Which was Dismissed and Carlos Massey was Instructed to State A Claim For Relief when Carlos Massey had already been denied a FOIA request from the Will County Sheriffs Office which would show the facts of Carlos Massey's allegations and gathered the names of the federal criminal actors.

Chief Judge Virginia M. Kendall is aware by the Filed Court Record and Supporting Material in this case that the United States Department of Justice has been made known and has Failed to Intervene over the period of several years as well as Senator Richard Durbin and other elected Officials being paid tax dollars and not offering Honest Services in Breach of Duty. Carlos Massey Makes Known that Chief Judge Virginia M. Kendall has been made known that Several Motions Filed in United States District Court Northern Illinois District Eastern Division are Void and in need of being lawfully adjudicated by an Article III Judge and Fraudulent records removed from Carlos Massey in order for this perpetual cycle to end as requested in the Motion filed before this court in 2009. Carlos Massey Makes Known to Chief Judge Virginia M. Kendall that, Carlos Massey is entitled to Equal Protection of the Law and Precedence for Unconstitutional Deprivation of Liberty is $25, 000.00 for 23 minutes, established in 'Trezevant V. City of Tampa'. By calculations of ten days Carlos Massey comes to the sum of $15,650,000.00 that Carlos Massey is lawfully entitled to with the addition of the $10,000,000.00 claim for damages and the $10,000.00 compensation for Carlos Massey's Crown Victoria unlawfully Seized. Treble Damages of three times compensation plus compensation of $25,660,000.00 ($102,640,000.00appx.) which could be sought in a Twelve Man Jury Trial Demanded Pursuant to FRCP .38.

Carlos Massey has sworn filed statements on record with witnesses to be called showing previous attempts on my life and due to the amount of the Damages involved, Carlos Massey comes before Chief Judge Virginia M. Kendall and requests Injunctive Orders entered on Court record to protect Carlos Massey's Life, Liberty and Property and Carlos Massey's Due Process Rights To Status Quo until the Issues and Merits has been lawfully

heard and the False records resulting from Fraud Upon The Court has been removed from the record of Carlos Massey. Carlos Massey seeks the following:

1. Orders For No Contact Order Entered To All State And Federal Law Enforcement Officers Forbidding Contact Absent Capital Crimes Committed By Carlos Massey, Until These Matters Are Resolved In A Court Of Law.

2. Orders For The Payment Of Back Rent Since Carlos Massey Filed Before Jorge Alonso In May And Rent Paid Incurred During The Hearings, Depositions and Investigations In Preparation For Trial.

3. Orders To Produce Names, Identification Badges, Video Footage, Reports, Records and Complaints Received, Records and Transcripts Of The Courts And The Written Documents Will County sent to the SSI, The V.A. And Illinois Aid Office To Get Carlos Massey's Benefits Stopped.

4. Orders To Pay All Carlos Massey's Paralegal Fees And Postage Fee's.

5. Orders Requiring The United States Attorney To Produce The Grounds For Declining Prosecution Pursuant To The USAM Which Requires Well Documented Reasons For Declining. 9-27.220

6. Orders To Produce The Findings Of The Inquiry Barrack Obama Commenced Of Behalf Of Carlos Massey To the United States Attorney's Office And The Judicial Inquiry Board.

7. Orders To The United States District Court Clerk Of Court To Not Deny Carlos Massey Signed Subpoenas And The Chief Judges Clerk Of Court To Not Continue To Deny Carlos Massey Access To The Court.

Carlos Massey respectfully submits this Emergency Motion For Injunctive Orders and Rule 60(d)(3) and Motion To Vacate Orders for Fraud Upon The Court before the Chief Judge Virginia M. Kendall for the Lawful Intervention Of An Article III Judge to Make Whole Carlos Massey denied compensation in Civil RICO Conspiracy Against Rights nearly Twenty Years.

_____ 12/28/2024

Carlos Massey, Sui Juris, Individual Citizen

**Verification**

I Carlos Massey, pursuant to title 28, USC section 1746 (1) and executed "Without the United States", I Affirm under the Penalty of Perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my belief and informed knowledge.

Signed on this 28 day of December 2024 by the undersigned Petitioner.

Carlos Massey, Sui Juris, Individual

Citizen

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been furnished by United States Postal Service to the above listed Respondents,

On this 29 day of December 2024

# United States District Court

# Northern District of Illinois

## Eastern Division

| | |
|---|---|
| Massey Carlos | ) Case No. 1:23-cv-05339 |
| **(Petitioner)** | ) |
| | ) |
| **V.** | ) |
| UNITED STATES DISTRICT COURT | ) |
| Northern District of Illinois | ) |
| Eastern Division, | ) |
| STATE OF ILLINOIS, | ) |
| Jay Robert Pritzker, | ) |
| ILLINOIS SUPREME COURT, | ) |
| Cynthia A. Grant, | ) |
| STATE OF INDIANA, | ) |
| ILLINOIS ATTORNEY GENERAL | ) |
| LAKE COUNTY PROSECUTOR, | ) |
| Kwame Raoul, | ) |
| United States District Attorney's Office, | ) |
| Administrative Office of the | ) |
| United States Courts, | ) |
| United States Department Of Justice, et al. | ) |
| | ) |
| **(Respondents)** | ) |

## Affidavit of Truth and FRCP 56
## (motion for summary judgment)
## In Support Of Motion to Vacate

Now comes the Affiant/Petitioner, Carlos Massey, Sui Juris, an Individual Citizen protected by the Section 4 Clause 1 Obligation of the United States, who happens to be a Disabled Marine Veteran and who has firsthand knowledge of all of the facts enumerated within this Affidavit. Carlos Massey makes his common law claim for damages, compounding now in excess of Ten Million Silver Dollars that he has suffered as a result of Illinois Corporate Public Servant Employees maintaining silence to written Affidavits, Petitions, Motions and other communication.

The courts have found such SILENCE to be FRAUD, when there is a duty to speak, and be accountable. Other unlawful acts perpetrated by UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois and Illinois Corporate Employees acting under "color of law" are all enumerated in the several ignored Affidavits filed before the Court and before the Offices of the named and unnamed elected corporate public servants. Carlos Massey makes demand for prosecution and enforcement of law upon all the public servants named and unnamed co-conspirators in this Affidavit and the Affidavit filed with the Secretary of State and Illinois State and Federal Courts shown in the exhibits before court. This Affidavit is filed pursuant 18 USC 4 and by the authority of Section 2 U.S. v. Kis, 658 F.2d 526, (7th Cir. 1981) "Indeed, no more than that, Affidavit is necessary to make the prima facie case." Id at 536. The 14th Amendment of the United States Bill of Rights is the authority for the instructions and Information demanded by this Affidavit, which is in the nature of Claim, 42 USC 1983, 42 USC 1985(3), 42 USC 1988 (a) (b). and nature of Quo Warranto; Ames v. Kansas, 111 U.S. 449; All Libellees are encouraged to study this AFFIDAVIT thoroughly and carefully before making any counter Affidavit. This is a lawful NOTICE. It informs you. It means what it says, and says what it means. Note, vicarious liability imposes liability on one person for a tortious act committed by another for which all libellees are at risk. There are a number of contexts expressed in this instrument in which this joint and several liabilities arise and SILENCE to such revelations is Fraud.

The "US Supreme Court held that state officials acting by "color of law" may be held personally liable for the injuries or torts they cause and that official or sovereign immunity may not be asserted."; Scheuer v. Rhodes, 416 US 232 (1974), 94 S. Ct. 1683, 1687 (1974), "When a state officer acts under a state law in a manner violative of the Federal Constitution, he comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States."; Warnock v Pecos County, Texas, 116 F. 3d 776 – No.96-50869 SummaryCalendar.July3,1997.

This Affidavit is an offer and agreement with instructions for the Respondents to perform their duty, obey their Oaths of Office and enforce the laws of the United States. The wrong doers must be prosecuted and Specifically, The Rights of the Individual Citizens of The United States of America must be upheld, or the Respondents are guilty of violating 18 USC 241 & 242 in Pattern and Practice among other statutes. Take Judicial Notice Of Law, if a government employee violates constitutional rights, they can be sued in federal court under § 1983, therefore None of the respondents are immune and any further acts delaying the Due Process of this court to have these Constitutional Issues Heard before an Article III Judge Shall be inferred as Acts in Furtherance of Civil R.I.C.O. Conspiracy Against Rights in effort to Obstruct Justice and Deny Lawful Remedy Due. Controlling case law holds that government bodies whose conduct meets the definitions as applied to non-government entities also applies to them. that would include state judges, federal judges, U.S. Department of Justice, and others. THIS INCLUDES: Aiding and Abetting and



Conspiracy Against the Rights of Citizens. A line of cases hold that any governmental agency, court, political office or the like could serve as a RICO "enterprise." United States v. Thompson, 685 F.2d 993, 999 (6th Cir. 1982)(en banc) cert. denied, 459 U.S. 1072 (1983). Among the government units that have been held to be "enterprises" are offices of governors and state legislators, courts, court clerks' offices. See e.g., United States v. Stratton, 649 F.2d 1066, 1072-75 (5th Cir. 1981); United States v. Clark, 656 F.2d 1259, 1261-67 (8th Cir. 1981) Office of county judge); United States v. Frumento, 405 F. Supp. 23, 29-30 (E.D. Pa. 1975), affd, 563 F.2d 1083 (3d Cir. 1977). cert, debued, 434 U.S. 1072 (1978). Decisions after Frumento expanded government activity to every conceivable government agency, court, or political office. United States v. Thompson, 669 U.S. 1143 (6th Cir), revd 685 F.2d 993 (6th Cir. 1982)(en banc), cert. denied, 459 U.S. 1072 (1983) Each of these criminal acts were compounded by the fact that they were perpetrated by people in positions of trust, who were paid to enforce the law. Every element for the application of Civil R.I.C.O. Against Rights Can be made before a Twelve Man Jury and a Public Evidentiary Hearing will easily suffice for Grand Jury Indictments for Pattern and Practice Federal Felony Crimes In Violation of United States Codes by B.A.R. Association Members and the Breach of Duty and Denial of Honest Services that is Shown contacted in the Legislative, Executive and Judicial Branches of this Government.

The breached fiduciary duty arises from and is in consequence of the silence and bad faith of all subordinate public servants ignoring their fiduciary duty, which includes, non-performance, nonfeasance, and refusal to be accountable to the United States Constitutional Bill of Rights and by their Deliberate and Collective Silence to Affidavits filed by Carlos Massey and with the recorded filed Affidavit of Truth before the Illinois Secretary of State. These facts remove all controversy from the matter at hand, thus meaning there is no longer any recourse to a court of law since this Affidavit is a PRIMA FACIE CASE. This Affidavit addresses the crimes and violation of OATHS of all subordinate public servants acting under the Judges' supervision and includes specifically, all Respondents whom are identified in the Affidavits by their ignoring of moral and fiduciary duty. The following stare decisis apply; Hafer v. Melo, 502 US 21 (1991): "US Supreme Court held that state officials acting by color of law" may be held personally liable for the injuries or torts they cause and that official or sovereign immunity may not be asserted." It is stipulated that all exhibits attached are to be understood as being incorporated herein as if written within this affidavit verbatim.

Carlos Massey Presented an 'Emergency Petition for Writ of Mandamus and Writs of Prohibition' before The UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois-Eastern Division on August 10, 2023, To Invoke the Sworn Duty Of The Article III Judge, showing that the remedies from both the Executive and Legislative Branches of Government had been Exhausted and the Article III Judge Thomas M. Durkin either mistakenly Dismissed With Prejudice Carlos Massey's filing, or Thomas M. Durkin Knowingly Disregarded 'The Supreme Law of the Land' Which Requires Said Judge to Protect Carlos Massey's United States Constitutional Rights Against All Stealthy Encroachments. By the Article III Judge's Thomas M.

Durkin use of the Pattern and Practice of arbitrarily ruling, "failure to state a claim' and then dismissing with prejudice, Thomas M. Durkin has Denied Carlos Massey's Due Process and Equal Protection of the Law Rights guaranteed in the Constitution of the United States of America and committed an Act In Furtherance of Civil R.I.C.O. Conspiracy Against Rights to deny Carlos Massey's lawful compensation and hold harmless fellow members of the BAR. These Acts has been done to Carlos Massey over a period of Several years and Carlos Massey has firsthand knowledge of these same acts done by State and Federal Court Judges and now Carlos Massey submits the following to be rebutted point for point;

1. Carlos Massey makes known and states as fact to be rebutted that, the STATE OF ILLINOIS kidnapped Carlos Massey's Children which is the highest held right of property for individual citizens by the Act of Warrantless Seizure of Children and directly caused the Unconstitutional Separation of Parent and Child which Carlos Massey filed before this Court in case number 07C6033 filed October 25, 2007, And this Court is shown by Court Record to have Committed Fraud Upon the Court and has Denied Carlos Massey the Due Process And Equal Protection of the Law against established lawful caselaw precedence and without being lawfully heard before this court for compensation in denial of Constitutional Guarantees.

2. Carlos Massey makes known and states as fact to be rebutted that, this court was made known with documents showing that Carlos Massey was being Unconstitutionally Deprived of Liberty at an Illinois State Maximum Security Mental Health Hospital who then Fraudulently Charged the United States Government $250,000.00 and this court did not investigate and failed to report the Federal Felony pursuant to 18 USC 1031 Crime of Major Fraud Against the United States or Protect Carlos Massey as required by Federal Mandatory Duty.

3. Carlos Massey makes known and states as fact to be rebutted that, this Court received a rule 60 Motion for Relief August 14, 2009 and Carlos Massey made known with documentation before the UNITED STATES DISTRICT COURT Northern District of Illinois Eastern Division that his Constitutional Rights Were Being Violated by the STATE OF ILLINOIS and then the Aforesaid Court Returned said Filling before the Court and this Act of Fraud Upon the Court is directly responsible for the current issues before this court as well as a Violation of Title 18 USC 2071.

4. Carlos Massey makes known and states as fact to be rebutted that, Carlos Massey also has records before this court showing that the United States Commissioner for the Department of Social Security was Summoned by the United States Marshalls Office to appear before Court in Carlos Massey's case for denial of back pay benefits and who failed to appear on the assigned court date and Carlos Massey's lawful pleadings were never heard before this Court.

5. Carlos Massey makes known and states as fact to be rebutted that, Carlos Massey filed before this Court Judge Ruben Castillo as Private Attorney General on behalf of the Individual Citizens being Denied Constitutional Rights in case number 09 cv 5006 and the issues were never lawfully heard before Court as a direct result of Abuse of Discretion which Carlos Massey exercised the proper appellate procedures and complaint process, in the Complaint Carlos Massey Made Known the following, **"This Petition invokes the duties of the judges in the committee to maintain public confidence in the federal judiciary's ability to redress misconduct, by imposing a sanction against Chief Judge Ruben Castillo requiring him to recuse himself from these proceedings and acknowledging that Chief Judge Diane P. Wood of the Judicial Council of the Seventh Circuit, did in fact submit a Memorandum on December 9, 2014 which was adverse to the rules of The Judicial Conference; which also was in violation of United States Codes title 18 U.S.C. sec. 1001 insofar as, Judge Diane P. Wood submitted the 'Fraudulent Statement' that ,"...there is nothing that establishes any misconduct" in the Memorandum which she had reasonable knowledge and supplied documents from the court showing misconduct. As ruled in "United States V. Bradley" (1999,CAIll)196, F3d . 762 which essentially establishes, "to act 'Willfully' in U.S.C. Title18 section 242 sense, the defendant must intend to commit act that results in deprivation of established Constitutional right as reasonable person would understand that right". Judge Diane P. Wood, committed the Title 18 United States Codes sec. 1001 violation of "False Statements, Concealment" in the complaint dismissed on December 9, 2014."**

6. Carlos Massey makes known and states as fact to be rebutted that, Carlos Massey appeared before Chief judge Diane P. Wood in the complaint re-filed on December 1, 2014; The supplied documentation contained the Privacy release form with the complaint before Congressman Bobby Rush as well as the stamped received copy of the 'Petition For Judicial Notice of Law'. In the petition for judicial notice of law as supplement to the complaint, it will be shown by court record, documents and sworn testimony that as the notice states and as rulings in the Supreme Court of the United States and the United States7th Circuit Appellant Court quoting a 2002 case "...the judicial system in in need of review and repair'. Conformity in rulings would have required a panel En Banc Hearing, however jurisdiction is lost before this court. As in the 'Greylord Labyrinth' 1985, Illinois Federal judges are shown to have committed Pattern and Practice Deprivation of Rights Under the Color of Law and Conspiracies Against Rights of Individual Citizens. I have court records of cases to show and my own records reflects that the shown Judges of Illinois have unlawfully denied me my rights guaranteed in the Constitution reflected in

the 'Petition of Judicial Notice of Law' supplied in the complaint before Chief Judge Diane P. Wood. NOTICED Chief Judge Diane P. Woods received this complaint and supporting documents and dismissed the complaint with the fraudulent statement, "...there is nothing that establishes any judicial misconduct by the judge". This is Fraud Upon the Court by the failure of this judge to administer the business of the courts and address the misconduct of the other judges made known in the complaint and supplied 'Petition For Judicial Notice of Law' and Conspiracy Against Rights made known on page 5 of the written complaint.

7. Carlos Massey makes known and states as fact to be rebutted that, For the purposes of review it has been said that clear violations of reach the result, such as acting without evidence when evidence is required, or making a decision contrary to all the evidence, are just as much jurisdictional error as is the failure to take proper steps to acquire jurisdiction at the beginning of the proceeding. 'Borgnis V. Falk Co..,' 133 N.W. 209 Whenever a judge acts where he/she does not have jurisdiction to act, the judge is engaged in an act or acts of treason. 'S. V. Will' 449 U.S. 200, 216, 101 S.Ct. 471, 66L. Ed. 2d 392, 406

8. Carlos Massey makes known and states as fact to be rebutted that, it is a Federal Offense for Anyone Refusing to Halt Civil Rights Violations ∘ Title 42 U.S.C. § 1986. Action for neglect to prevent conspiracy "Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in the preceding section 42 USCS § 1985, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses to do so, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action, and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefore, and may recover not exceeding five thousand dollars damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued."

9. Carlos Massey makes known and states as fact to be rebutted that, The UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois-Eastern Division has been Shown On Court Record That, "THE STATE OF ILLINOIS has caused and continues to cause Irreparable Harm including, (a)Warrantless Seizure of Children, (b)Unconstitutional Separation of Parent and Child, (c)Unlawful Asset Forfeiture of Several Automobiles, (d)Fraudulently And Unlawfully Detained In State Mental Hospital, (e)Tortured By Verbal

And Physical Assaults at Aforesaid Hospital, (d)Subjected To Medical Malpractice At Said Hospital, (e)Victimized By Obstruction of Justice being committed by State Officials, (f)Denied Habeas Corpus Rights While Unconstitutionally Being Held In A Maximum Security Mental Health Hospital For 312 Days Who Then Fraudulently Charged The United States Federal Government Approximately $250,000.00 Which Is The Federal Crime Of Major Fraud Against The United States Pursuant To 18 U.S.C. §1031 That establishes that whoever knowingly executes, or attempts to execute, any scheme to either defraud the United States or obtains property or money by means of a fraudulent or false representation may face major fraud charges Which Carlos Massey Reported To The F.B.I. Without Equal Protection Of The Law Being Afforded, (g)Unconstitutionally Denied Major Surgery To Foot Approximately 7 Months With An Illinois Circuit Court Judge Stating In Court "If You Want Your Foot Fixed then Take the Plea Deal And Then You Can Get Out And Get Your Foot Fixed, (h)In Fear For Life, From Illinois Judges Arranging An Assassination Attempt While In Custody Of Cook County Jail, (i)Irreparable Damage From Illinois Judge Changing Another Judges Orders So That The Medical Care To A 100+ Year Old Blind Grandmother Would Be Denied In Retaliation For Carlos Massey Appearing On The Channel Five News Exposing Racial Profiling, (j)Illinois Judge Unconstitutionally Depriving Carlos Massey's Liberty For 3+ Years On A Charge That Only Carries 1 Year Sentence, (k)Illinois Judge Refusing To Recuse herself And Making A Void Order With Falsified Records Of Sentence Entered, (l)Illinois Judge Removing An Official Criminal Charges From Court Record Against A Judge Submitted Before Cook County Circuit Court, (l)An Illinois Judge Placed A Fraudulent Warrant On Carlos Massey Directly Causing Carlos Massey to Lose His Military Section 8, (m)Knowingly Placing False Information And Warrants Upon The Record of Carlos Massey Directly Causing Carlos Massey To Loose A Means Of Employment Sustainable Due To Disability In Violation Of The Americans With Disabilities Act, (n)Denied In Pattern And Practice The Lawful State Compensation Due For The Unlawful Detention Under The State Law Granting Petitions For Certificate Of Innocence, (o)Subjected To Intentional Infliction Of Emotional Abuse Shown By The Litigation Abuse Endured Since 2005 And As A Direct Result From The Breach Of Duty By All Of The Elected State Governmental Officials And State Agencies Contacted And the Failing to Intervene In Violation Of Their Perspective Oaths Of Office. (p) Repeatedly in Pattern And Practice Deprived Carlos Massey and other Individual Citizens the Rights to Equal Protection of the Law and Carlos Massey has Posted On The Internet For Witnesses To The Treason And Human Rights Violations Being Committed Upon The American Public For Urgency In The Effective Means Of Redress Before The United States Supreme Court Who is Responsible For Creating A Permissive Environment for the Civil RICO Conspiracy Against Rights Being Committed By Members Of The B.A.R. Association Upon The Individual American Citizens In Pattern And Practice which is Easily Shown By The Rulings In U.S. v. Murphy, 768 F.2d 1518, 1531 (7th Cir. 1985) Where It Was Stated, "The Seventh Circuit Court of Appeals

held that the Circuit Court of Cook County is a Criminal Enterprise." And "Bracey v. Gramley, case No. 96-6133 (June 9, 1997) Where, "The United States Supreme Court Recently Acknowledged The Judicial Corruption In Cook County, When It Stated That Judge "Maloney Was One Of Many Dishonest Judges Exposed And Convicted Through 'Operation Greylord', A Labyrinthine Federal Investigation Of Judicial Corruption In Chicago".

10. Carlos Massey Makes Known and States as Fact to be Rebutted that, Carlos Massey filed documentation showing that all attempts to receive Justice and Rights Guaranteed by the Constitution of the United States of America has been Repeatedly Exhausted, showing that the UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois Eastern Division has in Pattern and Practice, Failed to Intervene in the Constitutional And Civil Rights Violations multiple times since 2007,**(a)** showing that the Department of Justice has failed to provide Honest Services,**(b)** showing that the Administrative Office of United States Courts received complaints of Misconduct and refused to even investigate,**(c)** showing that both United States Senators and Congressmen has been contacted and has Failed to Intervene or Report the Civil Rights Violations Which Is Complete And Total Deprivation Of State And Federal Constitutional Rights Under The Color of Law That Requires The Sworn Duty Of This Court (Bound by the Supremacy Clause of the United States of America) To Provide Equal Protection Of The Law Pursuant To United States Supreme Court Rulings which state, "**It is the duty of the Courts to be watchful for the Constitutional Rights of the Citizens, and against any stealthy encroachments thereon. (d)** Take Judicial Notice of Law that relevant provisions of the Federal Tort Claims Act are 28 U.S.C. §§ 1346(b), 2674, and 2680(a) § 1346(b) declares that "…The district courts shall have exclusive jurisdiction of civil actions on claims against the United States, for money damages, accruing on and after January 1, 1945, for injury or loss of property, or personal injury or death caused by the negligent or wrongful act or omission of any employee of the Government while acting within the scope of his office or employment, under circumstances where the United States, if a private person, would be liable to the claimant in accordance with the law of the place where the act or omission occurred."§ 2674. "The United States shall be liable in the same manner and to the same extent as a private individual under like circumstances but shall not be liable for interest prior to judgment or for punitive damages."

11. Carlos Massey makes known and states as fact to be rebutted that, Jay Robert Pritzker is Sworn to Uphold both the United States and the Illinois Constitution and Article 5 Section 8 declares that, "the Governor Shall Be Responsible for the Faithful Execution of the Law" and The Office of the Illinois Governor had been contacted and made known the Heinous Violations of Carlos Massey's United States Constitutional Rights and Recklessly Failed

to Intervene as shown by the material mailed to Carlos Massey stamped by the Office of the Governor November 21, 2022.

12. Carlos Massey makes known and states as fact to be rebutted that, the ILLINOIS SUPREME COURT, the Illinois Appellate Court and the Illinois Circuit Courts has Deprived Carlos Massey Due Process and The United States of America 14th Amendment Constitutional Rights to Equal Protection of the Law as shown in the Affidavit of Truth in Commerce and Claim for Damages filed originally before the ILLINOIS SUPREME COURT May 7, 2019.

13. Carlos Massey makes known and states as fact to be rebutted that, Illinois Supreme Court Clerk of Court Cynthia A. Grant removed court records which denied Carlos Massey's Due Process Rights and Carlos Massey did give lawful notice before Cynthia A. Grant who Knowingly and Intentionally committed the Illinois State Felony of Official Misconduct and the Federal Felony Violation of Title 18 U.S.C. 2071

14. Carlos Massey makes known and states as fact to be rebutted that, STATE OF INDIANA, directly caused the Unconstitutional Separation of Parent and Child shown by State Court records which will show that February 1, 2016 Carlos Massey lawfully filed in the case before Lake Superior Court for the release of Shiretta Massey and Jannet Massey case no. 45D06-1505-JC-532, 45D06-1505-JC-556 in Custody of Indiana Department of Child Services and was Unconstitutionally Deprived of the Care and Companionship of Carlos Massey's Children by the STATE OF INDIANA.

15. Carlos Massey makes known and states as fact to be rebutted that, the LAKE COUNTY PROSECUTOR is forbidden from engaging in Malicious Prosecution and the Warrant currently placed upon Carlos Massey to appear before Court is for a Malicious Prosecution due to the 4th Amendment Violations committed and It is now required to be shown before this Federal Court of Law, the dash cams and the body cam footage of the Police Officers who Unlawfully Arrested Carlos Massey, the written police reports, the medical records complete with all medical prescriptions, the Fraudulent Warrant Upon the Record since the 80's and the Jurisdiction to Prosecute charges clearly subject to the Full Faith and Credit Act.

16. Carlos Massey makes known and states as fact to be rebutted that, the ILLINOIS ATTORNEY GENERAL, Kwame Raoul is responsible for the Freedom of Information Acts were requested by Carlos Massey which were not lawfully responded to which concerned the several complaints of Public Corruption including the Complaint submitted to ILLINOIS ATTORNEY GENERAL Lisa Madigan who asked for the payment of $2000.00 from Carlos Massey to investigate the criminal acts of Official Misconduct.

17. Carlos Massey makes known and states as fact to be rebutted that, United States District Attorney's Office, is required to prosecute crimes known committed against the United

States and Carlos Massey has submitted material showing the STATE OF ILLINOIS placed Carlos Massey in a Maximum Security State Hospital and Charging the Federal Government Approximately $250,000.00 to force Carlos Massey into a Plea Deal, (1.)subjecting Carlos Massey to Racist Assaults, (2.)Committed Acts of Treason, (3.)Medical Malpractice, (4.)Denial of Due Process Rights, (5.)Denial of Habeas Corpus Rights and (6.)Committed Major Fraud Against The United States of America therefore the discretion of Prosecution to not Prosecute Federal Crimes Made Known since the first of many complaints on record for this court to demand review submitted by Carlos Massey does clearly show this practice has Deprived Carlos Massey the Constitutional Right to Equal Protection of the Law Under the Color of Law. Carlos Massey Also Requires the United States District Attorney's Office to Admit that the Supremacy Clause of the United States nullifies any practices that defeat Honest Services, Oath of Office Or The Guarantees of the 14th Amendment of the Constitution of the United States.

18. Carlos Massey makes known and states as fact to be rebutted that, Administrative Office of the United States Courts received Carlos Massey's filed Complaint of Judicial Misconduct No. 07-14-90102 before the 7th Circuit Judicial Council Dec. 9, 2014 with 15 Sworn Filed Non-contested Allegations and The Law Is Plain and Clear that In federal court and in jurisdictions that follow the Federal Rules of Civil Procedure, denials must be unambiguous and stated in concise language that clearly identifies the allegations being denied pursuant to Fed. R. Civ. P. 8(b) and If the defendant fails to respond to an allegation by either denying it or by stating he or she does not have the information necessary to admit or deny it, it is considered admitted under rule 8(d), therefore when Carlos Massey Made Known That the Chief Judge of the 7th Circuit United States Court of Appeals, Diane P. Wood sent the memorandum on December 9, 2014 (No. 07-14-90102) stating, "Although the complaint does contain serious allegations against the judge, there is nothing that establishes any judicial misconduct by the judge"(Fraud Upon The Court) "Therefore the complaint is dismissed pursuant to 28 U.S.C. sec 352(a)(1)(A)iii, The Administrative Office of the United States Courts, Knowingly Cast a Blind Eye to the fact that the Chief Judge of the 7th Circuit United States Court of Appeals committed Fraud Upon the Court and denied Carlos Massey's Constitutional Right to Equal Protection Under the Color of Law which was a Direct Intentional Act in Furtherance of the Civil R.I.C.O. Conspiracy Against Rights that Carlos Massey has been suffering from over several years Under the Auspices of the Chief Justice of United States Supreme Court Responsible for creating the Permissive Environment of Judicial Misconduct and the loss of Public Faith in the Integrity of our Judicial Branch of Government despite previous rulings in, In re Murchison, 349 U.S., at 136, 75 S. Ct. at 625 which states, "Our system of law has always endeavored to prevent even the probability of unfairness" and Mayberry v. Pennsylvania, 400 U.S. 455, 469, 507 (1971) (Harlan, J., concurring also stating, "The appearance of even-handed justice is at the core of due process".

19. Carlos Massey makes known and states as fact to be rebutted that, United States Department of Justice Office of Inspector General received complaints with non-contested Allegations of Violations of Federal Law and showing denial of Carlos Massey's United States of America Constitutional Rights including the Denial of Due Process Rights and Equal Protection of the Law, including the current Complaint filed in this case before the court and without record to support basis for refusing to prosecute, Carlos Massey and the Individual Citizens of the United States of America will continue to suffer from the Denial of Honest Services and the Department of Justice Pattern and Practice Failure to Intervene.

20. Carlos Massey makes known and states as fact to be rebutted that, President Joe Biden, received a Notice of Intent to file lawsuit served via U.S. Postage and Carlos Massey made known the Judicial Branch Of Government was acting in Civil R.I.C.O. Conspiracy Against Rights and stated, "Notice of Intent by Carlos Massey was presented before this court as a Private Attorney General, under the 1866 Vindication and Civil Rights of the 39th Congress. This Congressional Act gives Carlos Massey the authority to step in, when the states fail or the government fails to uphold and protect the rights of the citizens. It allows Carlos Massey to act as a prosecutor and enables Carlos Massey to bring forth charges on those who hold public office and hold them accountable for their misdeeds and misconduct, in breach of their trustee duties as fiduciaries as is written in the Lieber Code, Under General Orders No. 100. This includes insurrection and rebellion, and misuses of their/that public office in order to abuse and to incite riot among the peaceful inhabitants, as well as endanger the lives and health of United States Citizens. Carlos Massey made known that If the Office of The President did not Immediately Intervene in the Rampant Deprivation of Rights Under the Color Of Law made known in the material presented in supplement to the material submitted in the correspondence, Carlos Massey has no further recourse than to present a Breach of Duty tort on behalf of the Citizens of the United States against the Individual Responsible for the Faithful Execution of the Law."

21. Carlos Massey makes known and states as fact to be rebutted that, Carlos Massey submitted a Letter from Barrack Obama dated April 11, 2007, which shows both the Illinois Judicial Inquiry Board and The U.S. Attorney's Office were contacted on behalf of Carlos Massey and are the direct cause for the issues presently before this court and despite Carlos Massey's lawfully submitted a FOIA request, the Department of Justice has failed to surrender the findings which now requires the United States Attorney General to Initiate a CID Investigation.

Take Judicial Notice of Law, Article III Judge Thomas M. Durkin arbitrarily Dismissing Carlos Massey's filed Writ of Mandamus and Writs of Prohibition With Prejudice can be Inferred by the Circumstances as an Act in furtherance of Civil R.I.C.O. Against Rights to hold harmless members of the Criminal Enterprise recognized and identified by the United States 7th Circuit Court of Appeals and the United States Supreme Court has acknowledged the judicial corruption in Cook County, Illinois. In a case involving Judge Maloney, the court stated that he was one of many dishonest judges exposed and convicted through 'Operation Greylord', a labyrinthine federal investigation of judicial corruption in Chicago. The U.S. Supreme Court has stated that "No state legislator or executive or judicial officer can war against the Constitution without violating his

undertaking to support it.". Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. The judge is engaged in acts of treason. Having taken at least two, if not three, oaths of office to support the Constitution of the United States, and the Constitution of the State of Illinois, any judge who has acted in violation of the Constitution is engaged in an act or acts of treason (see below). If a judge does not fully comply with the Constitution, then his orders are void, In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engaged in an act or acts of treason.

Carlos Massey Makes Known that the Respondents in this case and the President Joe Biden have all been served by Certified United States Postage and from the date of receipt, the respondents are now given Lawful Notice. Pursuant to this lawful notification, if the Respondents disagree with anything stated under oath in this Affidavit/Declaration of Truth, then rebut to Carlos Massey that with which you disagree, with particularity, within fifteen (15) days of receipt thereof, by means of your own written, notarized affidavit of truth, based on specific, true, relevant fact and valid law to support your disagreement, attesting to your rebuttal and supportive positions, as valid and lawful, under the pains and penalties of perjury under the laws of the United States of America. An un-rebutted affidavit stands as truth and fact before any court. Respondents failure to respond, as stipulated, is tacit agreement with and admission to the fact that everything in this Affidavit/Declaration of Truth is true, correct, legal, lawful, and irrevocable admission attesting to this, fully binding upon the Respondents in any court of law in America. 

Take Lawful Notice, the conduct element of § 1962(c) requires that the defendant have some part in directing the affairs of the enterprise. Liability is not limited to those with primary responsibility for the enterprise's affairs, nor is a formal position within the enterprise required. However, the defendant is not liable under § 1962(c) unless the defendant has participated in the operation or management of the enterprise itself. "Reves v. Ernst & Young", 507 U.S. 170, 179 (1993) In determining whether the conduct element has been satisfied, relevant questions include whether the defendant "occupies a position in the chain of command," "knowingly implements the enterprise's decisions," or is "indispensable to achieving the enterprise's goal. 

Take Lawful Notice, Under Section 1968(a), the Attorney General may issue a CID when there is "reason to believe" that any person or enterprise may have "documents" relevant to a racketeering investigation. Title 18, United States Code, Section 1961(9) defines "documents" to include recordings as well as books and papers. The "reason to believe" standard has not been defined under RICO and has not been significantly developed under the analogous antitrust case law. The CID is designed to be an investigative tool. Because it is issued prior to the filing of a complaint, it allows a civil investigation to continue without being involved in "full-blown litigation." Materials submitted in response to a CID are privileged from disclosure, except for certain statutory exemptions. See 18 U.S.C. § 1968(f)(3). If the civil investigation uncovers evidence of criminal violations, the information can be presented to a grand jury. 18 U.S.C. § 1968(f)(4). Also, the document custodian may make CID materials available to government attorneys for use in a court or grand jury proceeding which involves racketeering activity. Pursuant to 18 U.S.C. § 1968(a), the Attorney General must issue the CID. However, 18 U.S.C. § 1961(10) defines the "Attorney General" to include: the Attorney General of the United States, the Deputy Attorney General of the United States, any Assistant Attorney General of the United States, or any employee of the Department of Justice or any employee of any department or agency of the United States so 

designated by the Attorney General to carry out the powers conferred on the Attorney General by this chapter. Any department or agency so designated may use in investigations authorized by this chapter either the investigative provisions of this chapter or the investigative power of such department or agency otherwise conferred by law.

Take Lawful Notice, Under Federal Rules of Civil Procedure 56c Summary Judgement Mandates the Court shall grant summary judgment if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law. The court should state on the record the reasons for granting or denying the motion and Failure of this Court to Intervene in the current Due Process Violations would result in an Article III Judge knowingly aiding and abetting the Tort of Unconstitutional Deprivation of Liberty by refusing to Vacate Void Orders made known on Federal Court Record.

Carlos Massey Makes Known, Attached In This Filing Is Non Disputed Allegations presented before the U.S. Administrative Office of U.S. Courts, Pursuant to Law These Are Now To Be Accepted As Facts Unless This Court Allows Them to Respond.

Carlos Massey Makes Known, A Rule 36 Request for Admission Was Served Upon The Respondents And The President of the United States, The Judgement For Dismissal Has Been Shown Clearly Void And A Deceptive And Evasive Means To Commit Acts In Furtherance Of Civil RICO Conspiracy Against Rights Yet Federal Court Rules Still Require Response From The Respondents.

Carlos Massey Makes Known, The Lack of Response From The Respondents Now Shown Served Via U.S. Certified Mail And Allotted 15 Days To Respond By Affidavit, Clearly Shows There Is No Genuine Dispute Of The Allegations Before A Court Of Law, Which Is Not Acting In Civil RICO Conspiracy Against Rights And Who Is Rendering Judgements In Accord With The Maxims Of Law.

Respectfully Submitted

Carlos Massey, Sui Juris, Individual Citizen

## Jurat

I, Carlos Massey, pursuant to title 28, USC Section 1746 (1) and executed "Without the United States," I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, to the best of my belief and informed knowledge.

Signed on this 16 day of October 2023

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been furnished by United States Postal Service to the above listed Respondents,

Signed On this 16 day of ___October___ 2023

## Illinois Notary Acknowledgement

(Date) 10/16/2023

State of Illinois

County of Cook

This instrument was Acknowledged before me on October 16, 2023 (date) by

Carlos Massey Name(s) of person(s)

_____ (Signature)

_____ (seal)

ELLA G ALLEN
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
January 23, 2024

Signature of the Notary Public

Manager/Notary
Title or Rank

My Commission Expires: January 23, 2024

Commission No.: 907 390

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS

Carlos Massey

Plaintiff

v.

John G. Roberts Jr., et al.

Defendant

Case Number: `1:24-cv-03724

Judge: ~~Jeffery Gilbert~~ Virginia Kendall

### NOTICE OF MOTION

TO: John G. Roberts Jr.,
1 First Street NE
Washington, DC 20543

PLEASE TAKE NOTICE that on January 9th 2025 at 9:30, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge ~~Jeffery Gilbert~~ Virginia Kendall or any judge sitting in his or her stead in **Courtroom** ~~2503~~ 2541 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Emergency Request for Immediate Injunctive Relief

### CERTIFICATE OF SERVICE

I hereby certify that on 12/28/2024, I provided service to the person or persons listed above by the following means: U.S. Priority Mail

Signature: _(signature)_

Date: 12/28/2024

Name (Print): Carlos Massey

Address: 3033 Florence Ave

Steger, Illinois

60475

Phone: ~~(708) 941305~~ (779) 279-7121

```
RECEIVED
JAN - 8 2025
OFFICE OF THE CLERK
SUPREME COURT, U.S.
```

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

In Support of 230/15072




# City of Markham
# Police Department

16313 Kedzie Pkwy,
Markham, Illinois 60428

Jack Genius
Chief of Police

City Hall: (708) 331-4905
Police Department: (708) 331-2171

## Notification of Vehicle Impoundment

☐ KBs Towing     ☐ V&W Towing     ☒ Warren Towing     ☐ Suburban Towing
16500 S. Crawford Ave, Markham, IL   14101 Leavitt, Dixmoor, IL   5135 W. 159th St, Oak Forest, IL   1665 W. 167th St, Hazel Crest, IL
(708)596-5700     (708)231-0551     (708)690-2600     (708)335-3000

Date: **3-20-25**

Case Report Number: **25 MK 05945**

**2012**    **Mercedes**    **E350**    **White**    **EX9244 IL**
Year        Make        Model        Color        License Plate Number/State

Was in violation of the checked City of Markham Title VII, Section 73 Ordinance(s) on the back of this form and has been impounded. The owner of said vehicle has a right to a Preliminary Hearing regarding the validity of the vehicle impoundment.

An impounded vehicle may be released upon payment of a $500.00 administrative penalty per violation, plus administrative fees ($25.00 tow release for Markham residents, $50.00 for non-residents), towing and storage fees, and any other fees deemed applicable. Requests for tow hearings must be made within five (5) business days of the impoundment date.

Payment may be made by cash or credit card (an additional processing fee for all card transactions may apply) and a vehicle release form may be obtained at the Police Records Clerk's Office, located on the 2nd Floor of the Markham Police Department, from 8:00 am to 4:00 pm on business days (Monday-Friday). Vehicles will be released to the Registered Owner who must provide a paper copy of their insurance card.

Number of violations cited/checked on the back of this sheet:     **2** Violation(s)

Assessed Administrative Penalties:     $ **1,000**.00

Assessed Tow Release Fee:     $ **50**.00

Total:     $ **1,050**.00

This signature only stands to signify that I have received a copy of this form. I DO NOT admit or deny any facts regarding this incident.

_____    **3-20-25**    _____
Signature            Date            Printed Name

Under penalties as provided by law pursuant to section 1-109 of the Illinois Vehicle Codes of Civil Procedure, the undersigned certifies that the statements set forth in this document are true and correct.

Officer's Signature: _**Toledo**_____

County of Cook
OFFICE OF THE CLERK

**The State Of Illinois**

<u>COMMON LAW VEHICULAR JUDICIAL NOTICE</u>
<u>CONSTITUTIONAL DRIVERS LICENSE</u>

THE UNDERSIGNED Common Law Citizen <u>Carlos LeShon Massey</u>: hereby Certifies, by Rights Secured under provisions of the Constitution of the United States of America, the Constitution of the several states, Common Law, Nature and Laws of Nature's GOD, that these Rights are retained in FEE SIMPLE ABSOLUTE, and held and protected with special regard to Rights designated and/or set forth as follows: ALSO NOTE Rights and Property are ONE AND THE SAME THING by the Honorable Justice LOUIS BRANDIS U.S. SUPREME COURT.

NOTICE AND ADVISORY OF RIGHTS CLAIMED INVIOLATE:

1) The Right to TRAVEL FREELY, UNENCUMBERED, and UNFETTERED is guaranteed as a RIGHT and not a mere privilege. That the Right to TRAVEL is such a BASIC RIGHT it does NOT even need to be mentioned for it is SELF-evident by Common Sense that the Right to TRAVEL is a BASIC EXERCISE of a FREE Society to come and go from length and breath FREELY UNENCUMBERED and UNFETTERED distinguishes the characteristic required for a FREE PEOPLE TO EXIST IN FACT. Please See SHAPIRO vs. THOMSON, 394 U. S. 618 . Further, the Right to TRAVEL by private conveyance for private purposes upon the Common way can **NOT BE INFRINGED.** No license or permission is required for TRAVEL when such TRAVEL IS NOT for the purpose of [COMMERCIAL] PROFIT OR GAIN on the open highways operating under license IN COMMERCE. The above named Common Law Citizen listed **IS NOT OPERATING IN COMMERCE** and as such is thereby **EXEMPTED FROM THE REQUIREMENT OF A LICENSE** AS SUCH. Further, The STATE OF ILLINOIS, is **FORBIDDEN BY LAW** from converting a BASIC RIGHT into a PRIVILEGE and requiring a LICENSE and or a FEE CHARGED for the exercise of the BASIC RIGHT. Please SEE MURDOCK vs. PENNSYLVANIA, 319 U.S. If THE STATE OF ILLINOIS does **ERRONEOUSLY** convert BASIC RIGHTS into PRIVILEGES and require a License or FEE a Citizen may **IGNORE THE LICENSE OR FEE WITH TOTAL IMMUNITY FOR SUCH EXERCISE OF A BASIC RIGHT.** Please see Schuttlesworth vs. BIRMINGHAM, ALABAMA, 373 U.S. 262. Now if a Citizen exercises a BASIC RIGHT and a Law of ANY state is to the contrary of such exercise of that BASIC RIGHT, the said supposed Law of ANY state is a FICTION OF LAW and 100% TOTALLY UNCONSTITUTIONAL **and** NO COURTS ARE BOUND TO UPHOLD IT AND NO Citizen is REQUIRED TO OBEY SUCH **UNCONSTITUTIONAL LAW OR LICENSE REQUIREMENT.** Please see MARBURY vs. MADISON, 5 U.S. 137 (1803), which has never been overturned in over 194 years, see Shephard's Citations. Now further, if a Citizen relies in good faith on the Decisions of the UNITED STATES SUPREME COURT that Citizen has a **PERFECT DEFENSE** to the element of WILLFULNESS and since the burden of proof of said WILLFULNESS is on the Prosecution to prove beyond a REASONABLE DOUBT, said task or burden being totally impossible to specifically perform there is NO CAUSE OF ACTION FOR WHICH RELIEF MAY BE GRANTED BY A COURT OF LAW. Please see U.S. vs. Bishop 412 U.S. 346 . **OBVIOUSLY THERE IS NO LAWFUL CHARGE**



**AGAINST EXERCISING A BASIC Right to TRAVEL for a regular Common Law Citizen NOT IN COMMERCE on the common way Public HIGHWAY. THAT IS THE LAW!!! The above named Citizen IS IMMUNE FROM ANY CHARGE TO THE CONTRARY AND ANY PARTY MAKING SUCH CHARGE SHOULD BE DULY WARNED OF THE TORT OF TRESPASS!!! YOU ARE TRESPASSING ON THIS Common Law Citizen!!!**

2) The original and Judicial jurisdiction of the United States Supreme Court is ALL actions in which a State may be party, thru subdivision, political or trust. This includes ALL state approved **subdivisions** and/or INCORPORATED Cities, Townships, Municipalities, and Villages, Et Al . Please see Article 3, Section 2, Para. (1) and (2), U.S. Constitution.

3) The undersigned has NEVER willingly and knowingly entered into ANY Contract or Contractual agreement giving up ANY Constitutional Rights which are secured by the CONSTITUTION, the SUPREME LAW OF THE LAND. This Common Law Citizen has NOT harmed any party, has NOT threatened any party, and that includes has NOT threatened or caused any endangerment to the safety or well being of any party and would leave any claimant otherwise to their strictest proofs otherwise IN A COURT OF LAW. The above named Citizen is merely exercising the BASIC RIGHT TO TRAVEL UNENCUMBERED and UNFETTERED on the Common public way or highway, which is their RIGHT TO SO DO!!! Please see Zobel vs. Williams, 457 U.S. 55, **held the RIGHT TO TRAVEL is Constitutionally PROTECTED!!**

4) Conversion of the RIGHT TO TRAVEL into a PRIVILEGE and or CRIME is **A FRAUD** and is in clear and direct conflict with the UNITED STATES CONSTITUTION, THE SUPREME LAW OF THE LAND. LAWS made by any state, which are clearly in direct CONFLICT or REPUGNANCY are **UNCONSTITUTIONAL** and are NOT WITH STANDING IN LAW AND ARE BEING CHALLENGED AS SUCH HERE AND THEREBY ARE NULL AND VOID OF LAW ON THEIR FACE. NO COURTS ARE BOUND TO UPHOLD SUCH FICTIONS OF LAW AND NO Citizen is bound to obey such a FICTION OF LAW. SUCH REGULATION OR LAW OPERATES AS A MERE NULLITY OR FICTION OF LAW AS IF IT NEVER EXISTED IN LAW. No CITIZEN IS BOUND TO OBEY SUCH UNCONSTITUTIONAL LAW!!!!!

5) The payment for a privilege requires a benefit to be received As the RIGHT TO TRAVEL is already secured it is clearly unlawful to cite any charges without direct damage to the specific party. Nor may a Citizen be charged with an offense for the exercise of a CONSTITUTIONAL RIGHT, in this case the RIGHT TO TRAVEL. Please see Miller vs. UNITED STATES 230 F2d 486. Nor may a Citizen be denied **DUE PROCESS OF LAW or EQUAL PROTECTION UNDER THE LAW.**

6) The undersigned does hereby claim, declare, and certify ANY AND ALL their CONSTITUTIONAL RIGHTS INVIOLATE from GOD and secured in THE UNITED STATES CONSTITUTION and the CONSTITUTION OF THE state wherein they abode as a SOVEREIGN, COMMON LAW CITIZEN existing and acting entirely AT THE COMMON LAW, and retains ALL BASIC RIGHTS under the CONSTITUTION OF THE UNITED STATES OF AMERICA, NATURE AND NATURE'S GOD AND UNDER THE LAWS OF GOD THE SUPREME LAW GIVER.

7) **ANY VIOLATOR OF THE ABOVE CONSTRUCTIVE NOTICE AND CLAIM IS CRIMINALLY TRESPASSING UPON THIS ABOVE NAMED COMMON LAW Citizen and**

(11B)

WILL BE PROSECUTED TO THE FULLEST EXTENT UNDER THE SUPREME LAW OF THE LAND. BE WARNED OF THE TRESPASS AND THE ATTACHED CAVEATS. ALSO TAKE CONSTRUCTIVE NOTICE, IGNORANCE OF THE LAW IS NOT AN EXCUSE!!

SIGNATURE OF THE ABOVE NOTED Common Law Citizen is

signed _____ 12-15-15

WITNESS _____ Date 12/15/15

WITNESS _____ Date _____

Subscribed and sworn before me.

this 15 day of December 20 15
at Chicago, County of Cook, State of Illinois.

Notary Public _____

"OFFICIAL SEAL"
JOANNE A. PARSON
Notary Public, State of Illinois
My Commission Expires Dec. 22, 2016

*Due Process violation)*
*Fraud Upon the Court by stating No Evidence ...*

**FILED**

STATE OF ILLINOIS )
                  ) SS
COUNTY OF WILL    )

2025 FEB -7 PM 2:50

CIRCUIT COURT
WILL COUNTY ILLINOIS

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS,    )
                         Plaintiff,  )
                                     )
                 vs.                 )    Case No.  2021CF001834
                                     )
CARLOS L MASSEY,                     )
                         Defendant.  )
                                     )

## DISCLOSURE TO THE PROSECUTION

Now comes the Defendant, CARLOS L MASSEY, by and through his attorney, Assistant Public Defender, JULIE PRIMOZIC, and makes the following disclosures to the Prosecution:

1.  In addition to those persons previously listed by the State, the Defense may call as witnesses the following persons:

    James McNamara, Chief Investigator
    Michele Palaro, Assistant Chief Investigator
    Lauren Doty, Investigator
    Owen Beasley, Investigator
    Jodene Bick, Investigator
    Marcy Stanley, Investigator
    Yoselin Jaime, Investigator
    Liz Yerkovich, Investigator

    Will County Public Defender's Office
    58 E. Clinton Street, Suite 210
    Joliet, Illinois 60432

2.  The Defense is not in possession of any books, documents, photographs or physical evidence intended to be introduced as evidence at trial.

3.  The Defense is not in possession of any scientific or expert reports intended to be introduced as evidence at trial.

4.  The Defense is not aware of any convictions available for impeachment use of any witness that may be called to testify for the Defendant.

02/11/25  10:20:04  WCCH

5.    The Defendant intends to rely at trial on presumption of innocence.

Respectfully submitted:
CARLOS L. MASSEY, Defendant
Michael J. Renzi, Public Defender

By:    _Julie Primozic/lk_

JULIE PRIMOZIC
Assistant Public Defender

JULIE PRIMOZIC
Assistant Public Defender
58 E. Clinton Street, Suite 210
Joliet, Illinois 60432
(815) 727-8666
ARDC # 6290500



**DEFENDANT'S COPY**

COMPLAINT NO. **SH044129**

IN THE 6th MUNICIPAL DISTRICT OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
In the name and by the authority of the ☑People of the State of Illinois, ☐Township, ☐Village,
☐Town, or ☐City of MARKHAM, a Municipal Corporation, Plaintiff, vs.

Name Last **MASSEY** First **CARLOS** M.I. **L** Court Key **C1**

City **ROBBINS** State **IL** Zip **60472** Star # **058**

Address **13739 KEELER AVENUE**

Date of Birth: MO **4** DAY **1** YR **1965** Sex **M** Height **6'2"** Wei

☑Oper. License ☐CDL State **IL** M **2 0 0 1 1 2 6 5 0 9 4**

☑Auto ☐Truck ☐Bus ☐Com. Mtr. Veh. ☐16 or more Pass Ve
☐Taxi ☐M'cycle ☐Placarded Haz. Mtr.

Day of Week **Thursday** Month **3** Day **20** Year **2025** Time at **06:32 PM** did then drive and operate a certain motor vehicle to wit, a Make **MERCEDES E350** Year **2012**

Upon a public highway of this State, to wit **NORTH** Bound On **W 159TH ST** from at **CRAWFORD AVE** Township Road ☐ Yes ☑

Situated within the Township, Village, Town or City aforesaid, in Cook County, Illinois, and did then and there unlawfully violate section **625 ILCS 5/6-112**
☐(T.R. Ord) ☑(I.V.C) ☐(Other) State License Plate No. **EX92714** State **IL**

By (Describe) **CARRY/DISPLAY LICENSE/PERMIT**

Under penalty as provided by law for false certification pursuant to the Code of Civil Procedure 735 ILCS 5/1-109 and perjury pursuant to the Criminal Code of Procedure 720 ILCS 5/32-2, the undersigned certifies that the statements set forth in this instrument are true and correct.

Officer's Signature ____

SPEEDING
☐ __ m.p.h in __ m.p.h. zone
☐ 1-20 m.p.h. over limit
☐ 21-25 m.p.h. over limit
☐ 26 m.p.h. or more over limit
☑ Not an Urban District
☐ Too fast for conditions

TRAFFIC ☐ Light ☐ Heavy ☐ Medium

ACCIDENT
☐ Pedestrian ☐ Vehicle ☐ Prop Dam
☐ Per Injury ☐ Fatal ☐ Ticket Issued
☐ Defendant Inj. Only
Name
of Witness ____
Accident
Report #

WEATHER ☐ Cloudy ☐ Raining ☐ Snowy ☐ Fog

Follow instructions checked by officer.
☐ YOU MUST EITHER MAIL the Court Diversion Envelope within 7 days or log onto www.cookcounty.clerkofcourt.org to respond/pay online within 14-21 days of receiving this complaint.
Or
☑ APPEAR IN ROOM NUMBER **204**
Street **16501 S. KEDZIE PKWY**
**MARKHAM, IL 60428**

ON **22nd** **April** **2025**
DAY MONTH YEAR
at **09:00** o'clock

☒ YOU MUST APPEAR IN COURT

DO NOT SEND CASH
To pay online please go to https://cityofmarkham.net/186/Municipal-Court or scan the QR Code

Issued No. ____
☐ PTC ☐ Individual Bond ☐ Illinois Driver's License ☐ Other



COMPLAINT NO.
SH044127

COMPLAINT NO.
SH044128

**DEFENDANT'S COPY**

IN THE 6th MUNICIPAL DISTRICT OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
the name and by the authority of the □People of the State of Illinois, □Township, □Village,
□Town, or □City of MARKHAM, a Municipal Corporation, Plaintiff, vs.

| | | | | | |
|---|---|---|---|---|---|
| Name Last **MASSEY** | First **CARLOS** | | M.I. **L** | Court Key **C1** | Star # **058** |
| City **ROBBINS** | State **IL** | Zip **60472** | Sex **M** | Height **6'2"** | Wei **17** |

Address **13739 KEELER AVENUE**

Date of Birth: MO **4** DAY **1** YR **1965**

Oper. License **IL M 2 0 0 1 1 2 6 5 0 9 4**  Year **2012**  Make **MERCEDES E350**

□Auto □Truck □Bus □Com. Mtr. Ven. □16 or m Pass Ve
□Taxi □Mtrcycle □Placarded Haz Mtr.

Day of Week **on Thursday**  Month **3** Day **20** Year **2025**  at Time **05:17 PM**

did then drive and operate a certain motor vehicle to wit, a

from **CRAWFORD AVE**  Township Road □Yes □

Upon a public highway of this State, to wit, **NORTH Bound On** **W 159TH ST**  at

State License Plate No. **EX92714**  State **IL**

Situated within the Township, Village, Town or City aforesaid, in Cook County, Illinois, and did then and there unlawfully violate section

**625 ILCS 5/6-303(A)**

□(T.R. Ord)
☑(I.V.C)
□(Other)

By (Describe) **DRIVING ON REVOKED LICENSE**

SPEEDING
□ ____ m.p.h in ____ m.p.h. zone
□ 1-20 m.p.h. over limit
□ 21-25 m.p.h. over limit
☑ 26 m.p.h. or more over limit
☑ Not an Urban District
□ Too fast for conditions

ACCIDENT
□Pedestrian □Vehicle □Prop Dam
□Per Injury □Fatal □Ticket Issued
□Defendant Inj. Only
Name of Witness _____
Accident Report # _____

Under penalty as provided by law for false certification pursuant to the Code of Civil Procedure 735 ILCS 5/1-109 and perjury pursuant to the Criminal Code of Procedure 720 ILCS 5/32-2, the undersigned certifies that the statements set forth in this instrument are true and correct.

Officer's Signature _____

TRAFFIC □Light □Heavy □Medium

WEATHER □Cloudy □Raining □Snowy □Fog

Follow instructions checked by officer.
□ YOU MUST EITHER MAIL the Court Diversion Envelope within 7 days or log onto www.cookcountyclarkofcourt.org, to respond/pay online w 14-21 days of receiving this complaint.

Or
☑ APPEAR IN ROOM NUMBER **204**
Street **16501 S. KEDZIE PKWY**
**MARKHAM, IL 60428**

ON **22nd** DAY  **April** MONTH  **2025** YEAR

at **09:00** o'clock

☒ **YOU MUST APPEAR IN COURT**

Page 3 of 3

3/20/2025

**CITATION NUMBER** C0582-000191

**City of Markham**

## ORDINANCE VIOLATION NOTICE

**VIOLATION**

**ISSUE DATE & TIME** 03/20/2025 6:22 PM

**VIOLATION/LOCATION**

**FINE AMOUNT** $75.00

Other Complaints Issued No.

Bond Deposited (See back of Driver's copy) ☐ PTC ☐ Individual Bond ☐ Other ☐ Illinois Driver's License

---

**DEFENDANT'S COPY**
IN THE 6th MUNICIPAL DISTRICT OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
In the name and by the authority of the ☑People of the State of Illinois, ☐Township, ☐Village,
☐Town, or ☐City of MARKHAM, a Municipal Corporation, Plaintiff, vs.

**COMPLAINT NO.**
**SH044128**

| Name Last | **MASSEY** | First | **CARLOS** | M.I. **L** | Court Key **C1** |

| Address | **13739 KEELER AVENUE** | City **ROBBINS** | State **IL** | Zip **60472** | Star # **058** |

| ☑Oper. License ☐CDL | State **IL** | M | 2 | 0 | 0 | 1 | 1 | 2 | 6 | 5 | 0 | 9 | 4 | Date of Birth **4** **1** **1965** | Sex **M** | Height **6'2"** | Wei **17** |

| Day of Week **on Thursday** | Month **3** | Day **20** | Year **2025** | Time at **06:17 PM** | did then drive and operate a certain motor vehicle to wit a | Make **MERCEDES E350** | Year **2012** | ☑Auto ☐Truck ☐Bus ☐Com. Mtr. Veh. ☐16 or mc Pass Ve ☐Taxi ☐Mtrcycle ☐Placarded Haz Mtr. |

Upon a public highway of this State, to wit **NORTH** Bound On **W 159TH ST** from at **CRAWFORD AVE** | Township Road ☐Yes ☑

Situated within the Township, Village, Town or City aforesaid, in Cook County, Illinois, and did then and there unlawfully violate section **625 ILCS 3-707** | ☐(T.R. Ord) ☑(I.V.C) ☐(Other) | State License Plate No. **EX92714** | State **IL**

By (Describe) **OPERATE UNINSURED MOTOR VEH.**

Under penalties provided by law for false certification pursuant to the Code of Civil Procedure 735 ILCS 5/1-109 and perjury pursuant to the Criminal Code of Procedure 720 ILCS 5/32-2, the undersigned certifies that the statements set forth in this instrument are true and correct.

| S | ___ m.p.h in ___ m.p.h. zone |
| P | ☐ 1-20 m.p.h. over limit |
| E | ☐ 21-25 m.p.h. over limit |
| E | ☐ 26 m.p.h. or more over limit |
| N | ☑ Not an Urban District |
| G | ☐ Too fast for conditions |

| A | ☐ Pedestrian ☐ Vehicle ☐ Prop Dam |
| C | ☐ Per Injury ☐ Fatal ☐ Ticket Issued |
| C | ☐ Defendant Inj. Only |
| D | Name of Witness ___ |
| T | ☐ Accident Report # |

**TRAFFIC** ☐ Light ☐ Heavy ☐ Medium   **WEATHER** ☐ Cloudy ☐ Raining ☐ Snowy ☐ Fog

Officer's Signature

Follow instructions checked by officer.
☐ YOU MUST EITHER MAIL the Court Diversion Envelope within 7 days or log onto www.cookcountyclerkofcourt.org to respond/pay online within 7-21 days of receiving this complaint.
Or
☑ APPEAR IN ROOM NUMBER **204**
Street 16501 S. KEDZIE PKWY
MARKHAM, IL 60428

ON **22nd** **April** **2025**
DAY MONTH YEAR
at **09:00** o'clock

☑ **YOU MUST APPEAR IN COURT**

Other Complaints Issued No.

Bond Deposited (See back of Driver's copy) ☐ PTC ☐ Individual Bond ☐ Other ☐ Illinois Driver's License

FROM:

Carlos Massey
3033 Florence Ave.
Steger, Il 60475

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 2522 6165 06

TO: Deputy Clerk
Executive Committee
219 S Dearborn St
Chicago Illinois
60604

UNITED STATES
POSTAL SERVICE®

RDC 03

$15.35

60604

S2324A502765-3

Retail

STEGER, IL 60475
2025

RECEIVED

APR 15

THOMAS G. B.
CLERK, U.S. DIST.

RECEIVED

APR 1 5 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

RECEIVED

APR 1 5 2025

PRIORITY MAIL

VISIT US AT USPS.COM®
Label 106A, Nov 2018
This product is for use with Priority Mail.
Misuse may be a violation of federal law.
This label is not for resale.

PRIORITY MAIL

VISIT US AT USPS.COM®
Label 106A, Nov 2018
This product is for use with Priority Mail.
Misuse may be a violation of federal law.
This label is not for resale.

PRIORITY MAIL

VISIT US AT USPS.COM®
Label 106A, Nov 2018
This product is for use with Priority Mail.
Misuse may be a violation of federal law.
This label is not for resale.

Utility Mailer

Ready